UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORTH FLORIDA OBSTETRICAL &
GYNECOLOGICAL ASSOCIATES, PA,

      Plaintiff,

vs.                               Case No. _____

AMERICAN ECONOMY INSURANCE
COMPANY,

      Defendant.

_____/

## NOTICE OF REMOVAL

Defendant American Economy Insurance Company ("American Economy"), pursuant to 28 U.S.C. sections 1332 and 1441, removes an action pending in the Circuit Court of the Fourth Judicial Circuit of Florida, in and for Duval County, styled North Florida Obstetrical & Gynecological Associates, PA v. American Economy Insurance Company, Case No. 16-2022-CA-006218, where Plaintiff North Florida Obstetrical & Gynecological Associates, PA ("Plaintiff") sued American Economy, and states:

## TIMELY NOTICE OF REMOVAL

1.     Plaintiff sued American Economy in Duval County Circuit Court for breach of contract arising from an alleged property loss.

2.      On November 2, 2022, the State of Florida Department of Financial Services served American Economy with the Complaint by electronic delivery to Lynette Coleman, the designated agent for American Economy.[1]

3.      This Notice of Removal is filed timely within 30 days of American Economy's receipt through service of a copy of the initial pleading setting forth a claim for relief, pursuant to 28 U.S.C. section 1446(b).

## VENUE

4.      Venue is proper in the United States District Court for the Middle District of Florida, Jacksonville Division, because the state court action originated in Duval County, Florida.[2]

## JURISDICTION

5.      This Court has jurisdiction. The state court action is a civil action which falls under this Court's original jurisdiction, pursuant to 28 U.S.C. section 1332(a), because the parties are completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs. American Economy is entitled to remove this action, pursuant to 28 U.S.C. section 1441.

---

[1] Exhibit A, Notice of Service of Process, Summons, and Complaint.
[2] *See* Local Rules 1.04(a) and 1.06(a).

## COMPLETE DIVERSITY EXISTS

6.    At the time of the lawsuit and the filing of this Notice of Removal, there was, and still is, complete diversity between Plaintiff (a citizen of Florida) and American Economy (not a citizen of Florida).

7.    American Economy is not a citizen of Florida. American Economy is not incorporated under the laws of Florida and does not have its principal place of business in Florida. American Economy is a corporation organized under the laws of Indiana, and its principal place of business is in Boston, Massachusetts. American Economy is a citizen of Indiana and Massachusetts for purposes of determining diversity under 28 U.S.C. section 1332(c)(1).

8.    Plaintiff is a citizen of Florida. Plaintiff is a Florida Profit Corporation organized under the laws of Florida. Plaintiff's current principal place of business is in Jacksonville, Florida. The Annual Report from 2022 lists Plaintiff's officers and directors.[3] All of them are Florida citizens. Thus, Plaintiff is a Florida citizen for purposes of diversity jurisdiction.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

9.    American Economy issued an insurance policy ("Policy") to Plaintiff.[4]

---

[3] Exhibit B. The Annual Report filed by Plaintiff is an official state document from the Florida Department of State, Division of Corporations.
[4] Exhibit C, Policy.

10.   The Policy has a 2 percent windstorm or hail percentage deductible that applies to the claim.

11.   Plaintiff presented a claim to American Economy for alleged damages to its property.

12.   Plaintiff gave American Economy an estimate for $1,847,770.66.[5]

13.   American Economy has not paid Plaintiff anything for the claim.

14.   The amount in controversy between Plaintiff and American Economy exceeds the $75,000 amount in controversy requirement for diversity jurisdiction, exclusive of interest and costs.

15.   On the face of the Complaint, Plaintiff pleads alleged damages of $1,847,771.00 for this claim, exclusive of interest, costs, and attorney's fees.[6]

16.   "If the jurisdictional amount is either stated clearly on the face of the documents before the court, or readily deducible from them, then the court has jurisdiction." *Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1211 (11th Cir. 2007).

17.   It is facially apparent from the Complaint that the amount in controversy exceeds $75,000. *See Williams v. Best Buy Co., Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001).

---

[5] Exhibit D, Estimate.
[6] Exhibit A, Complaint at ¶1.

18.    The amount in controversy for indemnity insurance benefits for the claim is $1,829,511.00.[7]

## COMPLIANCE WITH 28 U.S.C. SECTION 1446

19.    American Economy files copies of all process, pleadings, and orders served on it, and such other papers that are exhibits, as required by 28 U.S.C. section 1446, and the Local Rules of this Court.[8]

20.    Pursuant to 28 U.S.C. section 1446(d), American Economy provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida. Attached to this notice is a copy of all process, pleadings, and orders served upon American Economy, as required by 28 U.S.C. section 1446(a).[9]

WHEREFORE, Defendant American Economy Insurance Company respectfully requests that this Court exercise jurisdiction over this matter.

---

[7] This amount is calculated based on the claim for $1,847,771.00 minus the Policy's windstorm or hail percentage deductible of $18,260.00.
[8] *See* Local Rule 1.06(b).
[9] Exhibit A.

BUTLER WEIHMULLER KATZ CRAIG LLP

s/ Paul Hudson Jones II
_____
J. PABLO CACERES
Florida Bar No.: 131229
pcaceres@butler.legal
PAUL HUDSON JONES II
Florida Bar No.:  44290
hjones@butler.legal
Secondary: jmohammed@butler.legal
400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:  (813) 281-1900
Facsimile:   (813) 281-0900
Attorneys for Defendant American Economy
Insurance Company

## CERTIFICATE OF SERVICE

I certify that a copy has been served on:

Winston Taitt
Sharon Freeman
Taitt Law, P.A.
424 East Central Boulevard #356
Orlando, Florida 32801
wtaitt@taittlaw.com
sfreeman@taittlaw.com
eservice@taittlaw.com
ssosa@taittlaw.com
Attorneys for Plaintiff

by CM/ECF portal on November 28, 2022.

s/ Paul Hudson Jones II
_____
PAUL HUDSON JONES II

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| NORTH FLORIDA OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, P.A. | **CASE #:** 16-2022-CA-006218-XXXX-MA |
| | **COURT:** 4TH JUDICIAL CIRCUIT |
| PLAINTIFF(S) | **COUNTY:** DUVAL |
| | **DFS-SOP #:** 22-000412275 |

VS.

AMERICAN ECONOMY INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY, NOTICE OF APPEARANCE

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Monday, October 31, 2022 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, November 2, 2022 to the designated agent for the named entity as shown below.

AMERICAN ECONOMY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer



WINSTON TAITT
TAITT LAW, P.A.
424 E. CENTRAL BLVD
#356
ORLANDO, FL 32801

TSC

Filing # 160052171 E-Filed 10/26/2022 05:53:11 PM

**IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA**

**NORTH FLORIDA OBSTETRICAL &**               **CASE NO.:**
**GYNECOLOGICAL ASSOCIATES, PA,**

      **Plaintiff,**

**vs.**

**AMERICAN ECONOMY INSURANCE
COMPANY,**

      **Defendant.**

_____/

SUMMONS

***THE STATE OF FLORIDA***
**TO EACH SHERIFF OF THE STATE:**
YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of Petition in this
action on INSURANCE COMMISSIONER pursuant to F.S. 48.151
***By Serving:***

    **AMERICAN ECONOMY INSURANCE COMPANY**
    Insurance Commissioner
    State of Florida
    PROCESS SECTION
    200 East Gaines Street
    Tallahassee, Florida 32302

Each defendant is required to serve written defenses to the Complaint of Petition on Winston A.
Taitt, Counsel for the Plaintiff, **Taitt Law, P.A., 424 East Central Blvd., # 356, Orlando, FL
32801**, within twenty (20) days after service, of this summons on that defendant exclusive of the
day of service, and to file the original of the Defenses with the clerk of this Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a Default
will be entered against that Defendant for the relief demanded in the complaint or petition.

CLERK OF THE COURT

BY: _Christine Kent_____, Deputy Clerk          DATE: _Oct 27 2022_____,

**JODY PHILLIPS**

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 10/27/2022 02:37:08 PM

**IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA**

**NORTH FLORIDA OBSTETRICAL &**    **CASE NO.:**
**GYNECOLOGICAL ASSOCIATES, PA,**

   **Plaintiff,**

**vs.**

**AMERICAN ECONOMY INSURANCE
COMPANY,**

   **Defendant.**

_____/

## <u>COMPLAINT</u>

Plaintiff sues Defendant and alleges:

1.  This is an action for breach of contract with damages of One Million Eight Hundred Forty Seven Thousand Seven Hundred Seventy One Dollars ($1,847,771.00), exclusive of interest, costs, and attorney's fees.

2.  Plaintiff's property, located at 2525 Riverside Ave, Jacksonville, FL 32204, sustained damage during the policy period.

3.  A policy of property insurance, bearing upon information and belief, Policy Number 02BP637056, including the coverages to protect Plaintiff against the above losses, was issued by Defendant and was in full force and effect as to Plaintiff when Plaintiff's property was damaged. A certified copy of the policy is in the exclusive control of Defendant, has been requested through discovery, and will be produced during discovery.

4.  Plaintiff notified Defendant of the damages, and Defendant assigned claim number 301692857002 with a date of loss of May 28, 2019.

5.      Plaintiff has complied with all conditions precedent to entitle Plaintiffs to recover under the policy.

6.      Defendant has failed or refused to fully perform under the policy, fully value Plaintiff's losses and failed to fully pay for all of Plaintiff's losses as required by the insurance policy.

7.      Defendant's failure to perform under the policy, fully value Plaintiff's losses and failure to fully pay for all of Plaintiff's losses of insurance is a breach of contract.

8.      Because of Defendant's breach or failure or refusal, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

WHEREFORE, Plaintiffs demand judgment against Defendant for Plaintiff's losses with interest on any overdue payments, attorney's fees and costs pursuant to Florida Statutes §§ 627.428, 57.041, and 92.231, and demand a trial by jury.

Respectfully submitted on: October 26, 2022.

**TAITT LAW, P.A.**

*/s/ Sharon A. Freeman* _____
**Winston A. Taitt, Esquire**
Florida Bar Number: 54551 /wt
**Sharon A. Freeman, Esquire**
Florida Bar Number: 124689 /saf
Taitt Law, P.A.
424 East Central Blvd., # 356
Orlando, FL 32801
Phone:  (407) 900-9254
Fax:  (407) 386-8358
Email: wtaitt@taittlaw.com
sfreeman@taittlaw.com
eservice@taittlaw.com
ssosa@taittlaw.com

**2022 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P94000047123

**Entity Name:** NORTH FLORIDA OBSTETRICAL & GYNECOLOGICAL
ASSOCIATES, P.A.

**Current Principal  Place of Business:**

11437 CENTRAL PARKWAY
SUITE 105
JACKSONVILLE, FL  32224

**Current Mailing Address:**

P.O. BOX 16568
JACKSONVILLE, FL  32245  US

**FEI Number: 59-3250905**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

MARMELSTEIN, ERIN
11437 CENTRAL PARKWAY
SUITE 105
JACKSONVILLE, FL  32224  US

**FILED**
**Feb 17, 2022**
**Secretary of State**
**0732705263CC**

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ERIN MARMELSTEIN                                                                    02/17/2022
                    Electronic Signature of Registered Agent                                                   Date

**Officer/Director Detail :**

| Title | PRES | Title | VP |
|---|---|---|---|
| Name | GREENE, C. CAMERON M.D. | Name | GREENHAW, JOSEPH C MD |
| Address | 1361 13TH  AVE. S. # 190 | Address | 14546 ST. AUGUSTINE RD. # 311 |
| City-State-Zip: | JACKSONVILLE BEACH  FL 32250 | City-State-Zip: | JACKSONVILLE  FL 32258 |

| Title | VP | Title | VP |
|---|---|---|---|
| Name | MCCAULEY, RICHARD A. MD | Name | ACHOLONU, FELIX  DR. |
| Address | 1680 EAGLE HARBOR PARKWAY, SUITE A | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | ORANGE PARK  FL 32003 | City-State-Zip: | JACKSONVILLE  FL 32224 |

| Title | VP | Title | VP |
|---|---|---|---|
| Name | ADAMS, CHRISTINA S DR. | Name | ALAMI, REDA  DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL 32224 | City-State-Zip: | JACKSONVILLE  FL 32224 |

| Title | VP | Title | VP |
|---|---|---|---|
| Name | AUSTIN, SARAH C DR. | Name | BAIRD, TIM  DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL 32224 | City-State-Zip: | JACKSONVILLE  FL 32224 |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: C. CAMERON GREENE, MD                      PRESIDENT                      02/17/2022

            Electronic Signature of Signing Officer/Director Detail



**EXHIBIT**
**B**

**Officer/Director Detail Continued :**

| | |
|---|---|
| Title | VP |
| Name | BALANKY, EMILY  DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | BING, KATHRYN  DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | BORDELON, JOHN  DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | BOYD, MARIJANE  DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | BOYD, WILLIAM D DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | BROWNING, CAROL L DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | CANTOR, CRAIG D DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | TREASURER |
| Name | CHAFIN, JAMES  DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | CHITHRIKI, BABU V DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | CODY, WILLIAM L DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | CONNOR, PATRICK M DR |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | DESMARAIS, SHARON  DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | DHAS, VIJAYSELWYN D DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | DUPREE, ROBERT E JR.  DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | EDELENBOS, ERIC J DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | FERNANDEZ, KRISTIN P DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | FOUST, LINDSAY D DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | GOLDWASSER, STEVEN E DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE  FL  32224 |

| | |
|---|---|
| Title | VP |
| Name | GREENWALD, AMY D DR. |

| | |
|---|---|
| Title | VP |
| Name | KUESTER, LATOYA T DR. |

| | | | | |
|---|---|---|---|---|
| Address | 11437 CENTRAL PARKWAY SUITE 105 | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| | | | | |
|---|---|---|---|---|
| Title | VP | | Title | VP |
| Name | LAUBSCHER, ANNETTE DR. | | Name | LONG, WILLAIM H DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| | | | | |
|---|---|---|---|---|
| Title | SECRETARY | | Title | VP |
| Name | MCGRATH, WILLIAM  DR. | | Name | MCINTYRE, CATHERINE J DR. |
| Address | 1411 SOUTH 14TH ST SUITE D | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | FERNANDINA BEACH FL 32034 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| | | | | |
|---|---|---|---|---|
| Title | VP | | Title | VP |
| Name | NEUMAN, CAROLE L DR | | Name | PAULK, WILFORD E DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| | | | | |
|---|---|---|---|---|
| Title | VP | | Title | VP |
| Name | PHELAN, TIMOTHY M DR. | | Name | POWERS, ROBERT R DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| | | | | |
|---|---|---|---|---|
| Title | VP | | Title | VP |
| Name | REBENACK, PAUL  DR. | | Name | SCHROEDER, PATRICIA A DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| | | | | |
|---|---|---|---|---|
| Title | VP | | Title | VP |
| Name | SHAH, ARJAV A DR. | | Name | SIEVERT, SAYRA C DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| | | | | |
|---|---|---|---|---|
| Title | VP | | Title | VP |
| Name | STODDARD, KELLEY H DR. | | Name | VANBENNEKOM, JASON L DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| | | | | |
|---|---|---|---|---|
| Title | VP | | Title | VP |
| Name | VIRTUE, THOMAS R DR. | | Name | WALSH, ELIZABETH M DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| | | | | |
|---|---|---|---|---|
| Title | VP | | Title | VP |
| Name | WELLS, DAVID S DR. | | Name | WELLS, TRACY L DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 | | Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 | | City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | WRENNICK, AMY W DR. |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | COLLIER, ANGELA S MD |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | PIZARRO, JADE L MD |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | DEFENDINI, MICHELLE QUINONES MD |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | CARRION ZAGAGOZA, CAROLINE J MD |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | CAMINERO, SUNY M MD |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | MILLER, DAVID LYNN |
| Address | 3 SHIRCLIFF WAY SUITE 200 |
| City-State-Zip: | JACKSONVILLE FL 32204 |

| Title | VP |
|---|---|
| Name | NEW, SAMUEL BRANDON MD |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | MORPHETT, MICHAEL  DO |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | SMITH, XUJIA ANNIE MD |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | GREENE, DAINA P MD |
| Address | 11437 CENTRAL PARKWAY SUITE 105 |
| City-State-Zip: | JACKSONVILLE FL 32224 |

| Title | VP |
|---|---|
| Name | KEENAN, MERA  MD |
| Address | P.O. BOX 16568 |
| City-State-Zip: | JACKSONVILLE FL 32245 |

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:   NORTH FLORIDA OBSTETRICAL &
GYNECOLOGICAL ASSOCIATES, PA

POLICY NUMBER:   02-BP-637056-0

POLICY DATES:   10-06-2016  to  10-06-2017

Donna Quinn, archivist of

American Economy Insurance Company, has compared the attached copies of

the insurance policy number listed above and its endorsements with the original

records of the policy of insurance and endorsements contained in the Company's

files we certify that the same is a true and exact recital of all the provisions in the

said original policy and endorsements attached thereto.

Donna Quinn

Donna Quinn

Policy Copy Archivist

November 21, 2022



GHG INSURANCE INC A DIV OF
SIHLE INSURANCE GROUP INC
1000 RIVERSIDE AVE STE 500
JACKSONVILLE, FL 32204




NORTH FLORIDA OBSTETRICAL &
GYNECOLOGICAL ASSOCIATES, PA
2525 RIVERSIDE AVE
JACKSONVILLE, FL 32204

**Thank you for placing your business with Liberty Mutual Insurance.**

6-2413 (2-91)  NORTHEAST          25  ( -242).   CB  INSURED COPY          PREPARED 08-16-16

0000072DEBDEV118739217028



AFP-META2-16-PRINT001-0526-0001-F






3028K

AFP-META2-16-PRINT001-0526-0002-F

C 43 54 08 06

**NOTICE TO POLICYHOLDERS — POTENTIAL REDUCTION IN COVERAGE**

**WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE**
**AND/OR**
**WINDSTORM OR HAIL EXCLUSION**

Your policy includes one or both of the following endorsements, and may represent a change from the expiring policy:

WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES, BP 03 12 — if attached to your policy, Windstorm or Hail losses are subject to a percentage deductible for one or more locations. The deductible percentage(s) apply separately to each building, personal property in each building, and personal property in the open, if such property is covered on your policy. Examples of how the percentage deductibles apply are included in the deductible endorsement. Please review this endorsement and your policy declarations carefully to determine which location(s) are subject to the percentage wind/hail deductible and the applicable percentage(s).

WINDSTORM OR HAIL EXCLUSION, BP 81 64 — if attached to your policy, Windstorm or Hail are not covered causes of loss at one or more locations. Please review this endorsement and your policy declarations to determine which location(s), if any, are subject to this wind/hail exclusion.

No coverage is provided by this policyholder notice, nor can it be construed to replace any provisions of your policy. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

If you have any questions, your independent agent will be happy to assist you.

C 43 54 08 06                                                                                            EP






AFP-META2-16-PRINT001-0526-0004-F

C 49 38 01 15

02-BP-637056-00

## POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" <u>AND</u> that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States

(i) to be an act of terrorism;

© 2015 Liberty Mutual Insurance

AFP-META2-16-PRINT001-0526-0005-F

(ii) to be a violent act or an act that is dangerous to —

    **(I)** human life;

    **(II)** property; or

    **(III)** infrastructure;

(iii) to have resulted in damage within the United States, or outside of the United States in the case of —

    **(I)** an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or

    **(II)** the premises of a United States mission; and

(iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The premium charge for "certified acts of terrorism" under the program is presented on the declarations page of your policy. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

"Certified Acts of Terrorism" Coverage does not apply for any Commercial Auto, burglary and theft (i.e. Commercial Crime), or professional liability coverages quoted and a premium charge has not been included for these lines of business.

In certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV), there is an exception in the terrorism exclusion (and thereby coverage) for fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage and the policy covers property(s) in those states, that rejection does not apply for **fire** losses resulting from a "certified act of terrorism" in those states, and a reduced charge will continue to apply for such **fire** losses.

If you choose to reject this coverage, you must notify your agent of this decision. For new policies, notification must be made within 30 days of receipt of this policy. For renewal policies, notification must be made prior to its effective date or within 30 days of receipt of this notice, whichever is later. An exclusion of certain terrorism losses will be made part of this policy.

© 2015 Liberty Mutual Insurance

AFP-META2-16-PRINT001-0526-0006-F

NP 98 20 01 15

# JURISDICTIONAL BOILER AND PRESSURE VESSEL INSPECTIONS

Most jurisdictions (cities or states) are governed by laws and regulations that require owners of boilers and pressure vessels to have their equipment inspected on a routine basis.  Jurisdictions require that equipment is installed and operated according to these regulations, and it is the equipment breakdown engineering inspector's responsibility to verify the equipment complies with all requirements.

Liberty Mutual Equipment Breakdown is a National Board Accredited Authorized Inspection Agency.  This designation is recognized by authorities having jurisdictions in the U.S. & provinces of Canada and gives Liberty Mutual commissioned inspectors the ability to perform jurisdictionally required inspection on boilers and pressure vessels at insured locations.  We have field inspectors strategically located throughout the U.S.  to perform boiler and pressure vessel inspection for our customers and clients.

**To request a Jurisdictional Inspection please:**

- **Call the LMEB Hotline (877) 526-0020**

**Or**

- **Email your request to LMEBInspections@Libertymutual.com**

The assigned EB Risk Engineer will call to schedule within 24 — 48 hours.  When requesting an inspection please include the following:

- Current Policy Number
- Location Address
- Contact Name
- Contact Phone Number and/or Email Address



© 2015 Liberty Mutual Insurance

AFP-META2-16-PRINT001-0526-0007-F






AFP-META2-16-PRINT001-0526-0008-F



## Florida Commercial Property and Casualty Risk Control Programs

Florida statutes reflect the legislature's concern about the availability of risk control services to purchasers of commercial property and casualty insurance.

We want to inform you about the risk control services we offer to our commercial property and casualty insureds. Although the responsibility for implementing risk control plans rests with you, the policyholder, we are able to assist you in this endeavor.

We provide our services based on the nature of your business, your business's size, hazards, or previous loss experience. We will also provide services to you when you request them. There is no charge for these services. The services we offer as part of our risk control program are described below.

1. Survey of Premises — We can conduct a survey of your premises to identify hazards, and existing physical and management controls of those hazards, at your business. When uncontrolled hazards are noted, we will provide you with written recommendations for improvement. We can conduct surveys in a number of areas including:

   a. Fire prevention and protection
   b. Product liability loss control
   c. Surveys for liability hazards resulting from the operations of your business or your premises
   d. Automobile liability surveys for liability and physical damage
   e. Technical surveys on a variety of specific hazards

2. Risk Control Guidelines — we can provide you with criteria for evaluating risk in your own business operations, selecting control measures, and developing your own risk control plan.

3. Risk Control Plans — we can work with you directly to develop a risk control plan, based on results of an on-site survey of your operations, to control hazards identified in your business. We can assist you in developing a specific program to help monitor your risk control plan's effectiveness in controlling hazards specific to your business.

4. Training — we offer organized supervisory training programs for accident prevention and control, as well as fleet safety management, and fire prevention. We also offer a variety of driver improvement programs to customers who have passenger, van, or truck fleets.

5. Management consultation on a wide variety of technical subjects.

6. Management Support Materials — these materials include educational and promotional pamphlets on a variety of specific hazards with suggestions for hazard control. Also available are accident investigation forms, plant inspection checklists, safety meeting documentation forms, and a wide variety of warning signs and posters.

Our staff of technically trained risk control representatives is ready to assist you. Contact your insurance agent or the office listed below if you need assistance or have questions. You may also complete the response section of this form and mail to the address below.

Liberty Mutual Insurance
Risk Control Services Support
MS 2380
PO Box 8017
2000 Westwood Dr.
Wausau, WI  54402-8017

Phone:  1-866-757-7324
Email:  RCConsultingCenter@LibertyMutual.com



EP

AFP-META2-16-PRINT001-0526-0009-F

☐     Yes, I would like to request risk control services.

Policy Number:   02-BP-637056-00

Company Name:   NORTH FLORIDA OBSTETRICAL &

Street Address:   _____

City, State, ZIP:   _____

Contact Name:   _____

Phone Number:   _____

Services Requested/Comments:

_____

_____

_____

_____

_____

_____     Signed

3822X

**Your Independent  Liberty Mutual Insurance Agent:**

```
GHG INSURANCE INC A DIV OF
SIHLE INSURANCE GROUP INC
1000 RIVERSIDE AVE STE 500
JACKSONVILLE, FL 32204
(904) 421-8600
```

```
NORTH FLORIDA OBSTETRICAL &
GYNECOLOGICAL ASSOCIATES, PA
2525 RIVERSIDE AVE
JACKSONVILLE, FL 32204
```

Your

## ULTRA SELECT POLICY

**AMERICAN ECONOMY INSURANCE COMPANY**

A Stock Company
**Safeco Plaza**
**Seattle, WA 98185-0001**

Cover1 09 03

EP

AFP-META2-16-PRINT001-0526-0011-F

# If You Have a Claim

Liberty Mutual has an unparalleled history of being there when our customers need us the most.  Our state-of-the-art, 24-hour claim service ensures your claim will be handled quickly.  We'll do everything we can to get you and your business back on track as quickly as possible.

The telephone number for all claims is:

## 1-800-362-0000

*Please note.  For Workers Compensation Policies, some states assess fines and/or penalties for failure to report employee injuries in a timely manner.*

*Thank you for allowing Liberty Mutual to fulfill your insurance needs. If you have any questions regarding your policy, please contact your independent insurance agent.*

3033X

**AMERICAN ECONOMY INSURANCE COMPANY**
SEATTLE, WASHINGTON
**ULTRA SELECT POLICY**

PAGE   1

| NAMED INSURED AND MAILING ADDRESS | NORTH FLORIDA OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, PA<br>2525 RIVERSIDE AVE<br>JACKSONVILLE, FL 32204 |
|---|---|

| RENEWAL DECLARATIONS |
|---|

**POLICY NUMBER**  02-BP-637056-0
RENEWAL OF   02-BP-637056-9   10-90

| AGENT NAME AND ADDRESS | GHG INSURANCE INC A DIV OF<br>SIHLE INSURANCE GROUP INC<br>1000 RIVERSIDE AVE STE 500<br>JACKSONVILLE, FL 32204<br>09-27265        (904) 421-8600 |
|---|---|

**POLICY PERIOD** FROM 10-06-16 TO 10-06-17 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**FORM OF BUSINESS:**   CORPORATION

THE TOTAL PREMIUM DUE FOR THE POLICY TERM IS      $8,925.12.
YOU WILL BE BILLED THROUGH YOUR CUSTOMER ACCOUNT #060-1643-908-02.
YOU NEED NOT PAY ANY PREMIUM AT THIS TIME.  WE WILL SEND A BILLING
STATEMENT IN A SEPARATE MAILING.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**PREMISES 001**
MORTGAGE HOLDER
WILLOU INVESTMENTS
2525 RIVERSIDE AVENUE
JACKSONVILLE, FL 32204

**PREMISES 002**
MORTGAGE HOLDER
WILLOU INVESTMENTS
2525 RIVERSIDE AVENUE
JACKSONVILLE, FL 32204

THE FOLLOWING FORMS CURRENTLY APPLY TO THIS POLICY:

| | |
|---|---|
| BP0412(0702) LIMITATION OF COV TO DESIG | BP0003(0702) BUSINESSOWNERS SPECIAL COVERAG |
| BP7076(0105) ULTRA PLUS | BP7080(0702) ORDINANCE OR LAW COVERAGE |
| BP0402(0702) ADDTIONAL INSURED -MANAGERS/LE | BP0404(0702) HIRED AUTO AND NON-OWNED A |
| BP8094(0702) NON-OWNED AUTO LIAB. AMEND. EN | BP7059(0105) COMMERCIAL FINE ARTS COV FORM |
| BP0312(0702) WINDSTORM OR HAIL PERCENTAGE D | BP8136(0702) EQUIPMENT BREAKDOWN ENDORSEMEN |
| BP0523(0115) CAP ON LOSSES CERTIFIED ACTS | C4063(1102) IMPORTANT NOTICE |
| SRS284(1013) FL PROP CAS RISK CONTROL PGM | IL7201(0392) COMPANY COMMON POL CONDITIONS |
| BP8068(0702) EXCLUSION -ASBESTOS | BP8029(0702) AMENDMENT-AGGREGATE LIMITS OF |
| BP0455(0702) BUSINESS LIABILITY COV-TENANTS | BP0576(1102) FUNGI OR BACTERIA EXCLUSION (P |
| BP0417(0702) EMPLOYMENT RELATED PRACT. EXCL | BP8238(0616) FL CHANGES |
| BP0311(0212) FL - SINKHOLE LOSS COVERAGE | BP8128(0502) EMPLOYMENT PRACTICES LIABILITY |

_____   BY   _____
(DATE)                           (AUTHORIZED REPRESENTATIVE)

9-BP(11-88)

COMPANY USE ONLY

NORTHEAST        25 (TRABRI)  INSURED COPY      PREPARED 08-16-16              CB

AFP-META2-16-PRINT001-0526-001 3-F






AFP-META2-16-PRINT001-0526-001 4-F

**POLICY DECLARATIONS EXTENSION**

NAMED INSURED: NORTH FLORIDA OBSTETRICAL &     POLICY NUMBER: 02-BP-637056-0
THE FOLLOWING FORMS CURRENTLY APPLY TO THIS POLICY (CONTINUED FROM PREVIOUS PAGE):











AFP-META2-16-PRINT001-0526-0016-F

3835K

**POLICY DECLARATIONS EXTENSION**

NAMED INSURED: NORTH FLORIDA OBSTETRICAL &          POLICY NUMBER: 02-BP-637056-0

| PREMISES   1 | 2525 RIVERSIDE AVE | CONSTRUCTION: | JOISTED MASONRY |
| BUILDING   1 | JACKSONVILLE, FL 32204 | OCCUPANCY: | OFFICE – PHYSICIANS |

| APPLICABLE TO THESE PREMISES | LIMITS OF INSURANCE |
|---|---|
| EXCEPT WHERE NOTED BELOW, A DEDUCTIBLE OF $   500 APPLIES FOR BUILDING OR BUSINESS PERSONAL PROPERTY, WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE IS   2% | |
| BUILDING  –  REPLACEMENT COST | $     913,000 |
| BUSINESS PERSONAL PROPERTY | $     477,000 |
| THIS LOCATION DID NOT QUALIFY FOR A BUILDING CODE EFFECTIVENESS CREDIT | |
| BUSINESS INCOME (NOT EXCEEDING 12 CONSECUTIVE MONTHS) | ACTUAL LOSS SUSTAINED |
| DEDUCTIBLE: NONE | |
| DAMAGE TO PREMISES RENTED TO YOU | $   1,000,000 |
| DEDUCTIBLE: NONE | |
| EQUIPMENT BREAKDOWN | INCLUDED |
| OUTDOOR SIGNS (DEDUCTIBLE: $ 250) | $       7,500 |
| MONEY AND SECURITIES (DEDUCTIBLE: $ 250): | |
| INSIDE THE PREMISES | $      10,000 |
| OUTSIDE THE PREMISES | $       5,000 |
| ACCOUNTS RECEIVABLE | $      25,000 |
| COMMERCIAL FINE ARTS | $      10,000 |
| VALUABLE PAPERS AND RECORDS | $      25,000 |
| SEWER OR DRAIN BACK-UP | $       5,000 |
| ORDINANCE OR LAW | SEE ENDORSEMENT |

3036

0000072DEBDEV11873921T036

**POLICY DECLARATIONS EXTENSION**

NAMED INSURED: NORTH FLORIDA OBSTETRICAL &          POLICY NUMBER: 02-BP-637056-0

| PREMISES  2 | 2525B RIVERSIDE AVE | CONSTRUCTION: | JOISTED MASONRY |
| BUILDING  1 | JACKSONVILLE, FL 32204 | OCCUPANCY: | MUSICAL INSTRUMENT STORE |

| APPLICABLE TO THESE PREMISES | LIMITS OF INSURANCE |
|---|---|
| EXCEPT WHERE NOTED BELOW, A DEDUCTIBLE OF $   500 APPLIES FOR BUILDING OR BUSINESS PERSONAL PROPERTY, WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE IS  5% | |
| BUILDING  -  REPLACEMENT COST | $     92,000 |
| THIS LOCATION DID NOT QUALIFY FOR A BUILDING CODE EFFECTIVENESS CREDIT | |
| BUSINESS INCOME (NOT EXCEEDING 12 CONSECUTIVE MONTHS) | ACTUAL LOSS SUSTAINED |
|   DEDUCTIBLE: NONE | |
| DAMAGE TO PREMISES RENTED TO YOU | $   1,000,000 |
|   DEDUCTIBLE: NONE | |
| EQUIPMENT BREAKDOWN | INCLUDED |
| OUTDOOR SIGNS (DEDUCTIBLE: $ 250) | $      7,500 |
| MONEY AND SECURITIES (DEDUCTIBLE: $ 250): | |
|   INSIDE THE PREMISES | $     10,000 |
|   OUTSIDE THE PREMISES | $      5,000 |
| ACCOUNTS RECEIVABLE | $     25,000 |
| COMMERCIAL FINE ARTS | $     10,000 |
| VALUABLE PAPERS AND RECORDS | $     25,000 |
| SEWER OR DRAIN BACK-UP | $      5,000 |
| ORDINANCE OR LAW | SEE ENDORSEMENT |

**POLICY DECLARATIONS EXTENSION**

NAMED INSURED: NORTH FLORIDA OBSTETRICAL &        POLICY NUMBER: 02-BP-637056-0

| APPLICABLE TO ALL PREMISES YOU OWN, RENT OR OCCUPY | LIMITS OF INSURANCE |
|---|---|
| BUSINESS LIABILITY: | |
|   LIABILITY (INCLUDING PRODUCTS AND COMPLETED OPERATIONS) AND MEDICAL EXPENSES | $   1,000,000 |
|   MEDICAL EXPENSES (ANY ONE PERSON) | $      10,000 |
|   AGGREGATE LIMITS | $   2,000,000 |
| HIRED AUTO AND NON-OWNED AUTO LIABILITY | SEE BUSINESS LIABILITY |
| EMPLOYEE DISHONESTY (DEDUCTIBLE: NONE) | $      15,000 |
| FORGERY OR ALTERATION (DEDUCTIBLE  NONE) | $      25,000 |
| EMPLOYMENT PRACTICES (DEDUCTIBLE: NONE): | |
|   EACH INCIDENT LIMIT | $       5,000 |
|   AGGREGATE LIMIT | $       5,000 |
|   RETROACTIVE DATE OF 10/06/03 | |

| | |
|---|---|
| PREMIUM FOR CERTIFIED ACTS OF TERRORISM | $        36.00 |
| FLORIDA SURCHARGE | $         8.12 |
| FLORIDA EMERGENCY FUND | $         4.00 |

0000072DEBDEV11873921703T

3037

AFP-META2-16-PRINT001-0526-0019-F

**POLICY DECLARATIONS EXTENSION**

NAMED INSURED: NORTH FLORIDA OBSTETRICAL &          POLICY NUMBER: 02-BP-637056-0

TERM PREMIUM                                          $      8,877.00
TOTAL TERM PREMIUM                                    $      8,925.12






BUSINESSOWNERS
BP 80 68 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under Section II — Liability.

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of or resulting from the manufacturing, handling, selling, distribution, disposal, existence, use of or exposure to asbestos, asbestos dust, asbestos fibers or asbestos products.

We will not have the duty to defend any such claim or "suit."



BP 80 68 07 02

EP

AFP-META2-16-PRINT001-0526-0021-F






AFP-META2-16-PRINT001-0526-0022-F

# BUSINESSOWNERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

In **Section II — Liability**, the word "insured" means any person or organization qualifying as such under Paragraph **C — Who Is An Insured**.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in **Section I — Property** and Paragraph **F.** Liability And Medical Expenses Definitions in **Section II — Liability**.

## SECTION I — PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

#### 1. Covered Property

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.6.d.(3)(b)**;

© ISO Properties, Inc., 2001

AFP-META2-16-PRINT001-0526-0023-F

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy but do not own; and

    **(b)** You acquired or made at your expense but cannot legally remove; and

**(4)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2).**

**(5)** Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

**2. Property Not Covered**

Covered Property does not include:

  **a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

  **b.** "Money" or "securities" except as provided in the:

    **(1)** Money and Securities Optional Coverage; or

    **(2)** Employee Dishonesty Optional Coverage;

  **c.** Contraband, or property in the course of illegal transportation or trade;

  **d.** Land (including land on which the property is located), water, growing crops or lawns;

  **e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

    **(1)** Outdoor Property Coverage Extension; or

    **(2)** Outdoor Signs Optional Coverage;

  **f.** Watercraft (including motors, equipment and accessories) while afloat.

  **g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy.

  **h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock".

**3. Covered Causes Of Loss**

Risks of direct physical loss unless the loss is:

  **a.** Excluded in Paragraph **B.** Exclusions in Section **I;** or

  **b.** Limited in Paragraph **4.** Limitations in Section **I.**

**4. Limitations**

  **a.** We will not pay for loss of or damage to:

    **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

    **(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

    **(5)** The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust,

383IK

AFP-META2-16-PRINT001-0526-0024-F

whether driven by wind or not, unless:

**(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**b.** We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

**(1)** Glass that is part of the exterior or interior of a building or structure;

**(2)** Containers of property held for sale; or

**(3)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

**(1)** $2,500 for furs, fur garments and garments trimmed with fur.

**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to Paragraph **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property

AFP-META2-16-PRINT001-0526-0025-F

that has sustained loss or damage, plus $10,000.

**(5) Examples**

**Example #1**

| Limit of Insurance | $ 90,000 |
|---|---|
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 — $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| Limit of Insurance | $ 90,000 |
|---|---|
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 — $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500: $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

**(1)** With respect to buildings:

**(a)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

**(b)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

AFP-META2-16-PRINT001-0526-0026-F

(c) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

(d) A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(2) We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this policy, if the collapse is caused by one or more of the following:

(a) The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

(b) Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

(c) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

(d) Weight of people or personal property;

(e) Weight of rain that collects on a roof;

(f) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs (a) through (e), we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in Paragraphs (1)(a) through (1)(d) do not limit the coverage otherwise provided under this Additional Coverage for the causes of loss listed in Paragraphs (2)(a), (2)(d) and (2)(e).

(3) With respect to the following property:

(a) Awnings;

(b) Gutters and downspouts;

(c) Yard fixtures;

(d) Outdoor swimming pools;

(e) Piers, wharves and docks;

(f) Beach or diving platforms or appurtenances;

(g) Retaining walls; and

(h) Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in Paragraphs (2)(b) through (2)(f), we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is Covered Property under this policy.

(4) If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

(a) The collapse was caused by a cause of loss listed in Paragraphs (2)(a) through (2)(f) of this Additional Coverage;

(b) The personal property which collapses is inside a building; and

(c) The property which collapses is not of a kind listed in Paragraph (3) above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph (4) does not apply to personal property if marring and/or scratching

0000072DEBDEV118739217041

3041

AFP-META2-16-PRINT001-0526-0027-F

is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(5)** This Additional Coverage, Collapse, will not increase the Limits Of Insurance provided in this policy.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the



described premises are located, your premises means:

**(i)** The portion of the building which you rent, lease or occupy; and

**(ii)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(b)** We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

**(c)** Business Income means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

**(i)** Mean payroll expenses for all your employees except:

 i. Officers;

 ii. Executives;

 iii. Department Managers;

 iv. Employees under contract; and

3041X

v. Additional Exemptions shown in the Declarations as:
- Job Classifications; or
- Employees.

(ii) Include:

i. Payroll;

ii. Employee benefits, if directly related to payroll;

iii. FICA payments you pay;

iv. Union dues you pay; and

v. Workers' compensation premiums.

**(2) Extended Business Income**

(a) If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(i) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

(ii) Ends on the earlier of:

i. The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

ii. 30 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss

0000072DEBDEV1187392170042

3042



of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

(b) Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(3) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; and

(b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

(4) This Additional Coverage is not subject to the Limits of Insurance of **Section I — Property.**

**g. Extra Expense**

(1) We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used

AFP-META2-16-PRINT001-0526-0029-F

to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records"

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; and

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of **Section I — Property.**

**h. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or

**(2)** The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**i. Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

**(1)** 3 consecutive weeks after the time of that action; or

**(2)** When your Business Income coverage ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of **Section I — Property.**

3842X

#### j. Money Orders And Counterfeit Paper Currency

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit" paper currency that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

#### k. Forgery Or Alteration

**(1)** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

#### l. Increased Cost Of Construction

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in

Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(6)** The most we will pay under this Additional Coverage, for each described building insured under **Section I — Property**, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or

0000072DEBDEV11873921704 3

damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in **Section I — Property** do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(4)** Dependent property means property owned by others whom you depend on to:

**(a)** Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

**(b)** Accept your products or services;

**(c)** Manufacture your products for delivery to your customers under contract for sale; or

**(d)** Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

**(5)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

**(b)** Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(6)** The Business Income coverage period, as stated in Paragraph **(5)**, does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way

3043X

respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(7)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n. Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**6. Coverage Extensions**

In addition to the Limits of Insurance of **Section I — Property**, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Business Personal Property**

**(a)** If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(i)** Business Personal Property, including such property that you newly acquire, at any location you acquire.

**(ii)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or

AFP-META2-16-PRINT001-0526-0033-F

performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each premises.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b.  Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $5,000.

**c.  Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, but not more than $500 for any one tree, shrub or plant.

**d.  Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e.  Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale;

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

3044X

AFP-META2-16-PRINT001-0526-0034-F

**(4)** Paragraph **B. Exclusions** in **Section I — Property** does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.**, Governmental Action;

**(b)** Paragraph **B.1.d.**, Nuclear Hazard;

**(c)** Paragraph **B.1.f.**, War And Military Action;

**(d)** Paragraph **B.2.f.**, Dishonesty;

**(e)** Paragraph **B.2.g.**, False Pretense; and

**(f)** Paragraph **B.3.**

**f. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**(3)** Paragraph **B. Exclusions** in **Section I — Property** does not apply

to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.**, Governmental Action;

**(b)** Paragraph **B.1.d.**, Nuclear Hazard;

**(c)** Paragraph **B.1.f.**, War And Military Action;

**(d)** Paragraph **B.2.f.**, Dishonesty;

**(e)** Paragraph **B.2.g.**, False Pretense;

**(f)** Paragraph **B.3.**; and

**(g)** Paragraph **B.5.** Accounts Receivable Exclusion.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**a. Ordinance Or Law**

**(1)** The enforcement of any ordinance or law:

**(a)** Regulating the construction, use or repair of any property; or

**(b)** Requiring the tearing down of any property, including the cost of removing its debris.

**(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

AFP-META2-16-PRINT001-0526-0035-F

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental

authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic media and records".

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

3045X

AFP-META2-16-PRINT001-0526-0036-F

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in Paragraphs **(1)** through **(4)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-Related Losses**

**(1)** The failure, malfunction or inadequacy of:

(a) Any of the following, whether belonging to any insured or to others:

(i) "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

(ii) "Computer" application software or other "electronic media and records" as may be described elsewhere in this policy;

(iii) "Computer" operating systems and related software;

(iv) "Computer" networks;

(v) Microprocessors ("computer" chips) not part of any "computer" system; or

(vi) Any other computerized or electronic equipment or components; or

(b) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement

or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

However, if excluded loss or damage, as described in Paragraph **(1)** above results in a "Specified Cause of Loss" under **Section I — Property**, we will pay only for the loss or damage caused by such "Specified Cause of Loss".

We will not pay for repair, replacement or modification of any items in Paragraphs **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a. Electrical Apparatus**



Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical current if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**b. Consequential Losses**

Delay, loss of use or loss of market.

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay

0000072DEBDEV11873921T046    3046

AFP-META2-16-PRINT001-0526-0037-F

for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others;

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

Collapse, except as provided in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**



**(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

3846X

AFP-META2-16-PRINT001-0526-0038-F

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic media and records" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic media and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic media and records", except as provided for under the Coverage Extensions of **Section I — Property**.

However, we will pay for direct loss or damage caused by lightning.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Business Income And Extra Expense Exclusions**

**a.** We will not pay for:

**(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**(2)** Any other consequential loss.



AFP-META2-16-PRINT001-0526-0039-F

**b.** With respect to this exclusion, suspension means:

**(1)** The partial slowdown or complete cessation of your business activities; and

**(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**5. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

**a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. Limits Of Insurance**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance of **Section I — Property** shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

**3.** The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance of **Section I — Property.**

**4. Building Limit — Automatic Increase**

**a.** The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year of the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example:**

If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ÷ 365 = $3,200.

**5. Business Personal Property Limit — Seasonal Increase**

**a.** The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

**b.** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of **Section I — Property.**

3847X

AFP-META2-16-PRINT001-0526-0040-F

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage for Glass and under all of the following Optional Coverages in any one occurrence is the Optional Coverage/Glass Deductible shown in the Declarations:

    **a.** Money and Securities;

    **b.** Employee Dishonesty; and

    **c.** Outdoor Signs.

But this Optional Coverage/Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

    **a.** Fire Department Service Charge;

    **b.** Business Income;

    **c.** Extra Expense;

    **d.** Civil Authority; and

    **e.** Fire Extinguisher Systems Recharge Expense.

## E. Property Loss Conditions

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3. Duties In The Event Of Loss Or Damage

    **a.** You must see that the following are done in the event of loss or damage to Covered Property:

      **(1)** Notify the police if a law may have been broken.

      **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

      **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

      **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of **Section I — Property**. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

      **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

      **(8)** Cooperate with us in the investigation or settlement of the claim.

      **(9)** Resume all or part of your "operations" as quickly as possible.



AFP-META2-16-PRINT001-0526-0041-F

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5. Electronic Media And Records Limitation**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to "electronic media and records" after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

**Example #1**

A Covered Cause of Loss damages a "computer" on June 1. It takes until September 1 to replace the "computer", and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 — September 1. Loss during the period September 2 — October 1 is not covered.

**Example #2**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 — September 29 (60 consecutive days). Loss during the period September 30 — October 15 is not covered.

**6. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(8)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under **Section I — Property** that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary

Page 20 of 48

3848X



to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably

possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the "Actual Cash Value — Buildings" option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts;

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

AFP-META2-16-PRINT001-0526-0043-F

**(5)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement, including the cost of data entry, re-programming, computer consultation services and the media on which the data or programs reside. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(7)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(8)** Applicable only to Accounts Receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to re-establish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.



**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property.   We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

**(1)** We have reached agreement with you on the amount of loss; or

AFP-META2-16-PRINT001-0526-0044-F

**(2)** An appraisal award has been made.

**7. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of **Section I — Property.**

**8. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**9. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. Property General Conditions**

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

3050   0000072DEBDEV11873921705O

AFP-META2-16-PRINT001-0526-0045-F

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under **Section I — Property:**

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**(b)** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**b.** Paragraph **A.3.**, **Covered Causes Of Loss**, and Paragraph **B.**, **Exclusions** in **Section I — Property**, do not apply to this Optional Coverage, except for:

**(1)** Paragraph **B.1.c.**, Governmental Action;

**(2)** Paragraph **B.1.d.**, Nuclear Hazard; and

**(3)** Paragraph **B.1.f.**, War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

3850X

AFP-META2-16-PRINT001-0526-0046-F

(3) Rust;

(4) Corrosion; or

(5) Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Money And Securities**

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

**b.** In addition to the Limitations and Exclusions applicable to **Section I — Property**, we will not pay for loss:

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

(1) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

    (a) In or on the described premises; or

    (b) Within a bank or savings institution; and

(2) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**d.** All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

**e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**3. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

    (a) Any employee; or

    (b) Any other person or organization.

**b.** We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

    (a) Whether acting alone or in collusion with other persons; or

    (b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

    (a) An inventory computation; or

    (b) A profit and loss computation.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

AFP-META2-16-PRINT001-0526-0047-F

d. All loss or damage:

   (1) Caused by one or more persons; or

   (2) Involving a single act or series of acts;

   is considered one occurrence.

e. If any loss is covered:

   (1) Partly by this insurance; and

   (2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

   the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

   We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage is cancelled as to any employee immediately upon discovery by:

   (1) You; or

   (2) Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

   of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

h. If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

   (1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

   (2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

   (1) This Optional Coverage as of its effective date; or

   (2) The prior insurance had it remained in effect.

**4. Mechanical Breakdown**

a. We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

   (1) Owned by you or in your care, custody or control; and

   (2) At the described premises.

b. Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

c. None of the following is an Accident:

   (1) Depletion, deterioration, corrosion or erosion;

   (2) Wear and tear;

   (3) Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

   (4) Breakdown of any vacuum tube, gas tube or brush;

   (5) Breakdown of any "computer", including "computer(s)" used to operate production type machinery or equipment;

   (6) Breakdown of any structure or foundation supporting the Object or any of its parts;

   (7) The functioning of any safety or protective device; or

   (8) The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

3851X

AFP-META2-16-PRINT001-0526-0048-F

**d.** Object means any of the following equipment:

**(1)** Boiler and Pressure Vessels:

**(a)** Steam heating boilers and condensate return tanks used with them;

**(b)** Hot water heating boilers and expansion tanks used with them;

**(c)** Hot water supply boilers;

**(d)** Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

**(e)** Steam boiler piping, valves, fittings, traps and separators, but only if they:

**(i)** Are on your premises or between parts of your premises;

**(ii)** Contain steam or condensate of steam; and

**(iii)** Are not part of any other vessel or apparatus;

**(f)** Feed water piping between any steam boiler and a feed pump or injector.

**(2)** Air Conditioning Units — Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

**(a)** Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

**(b)** Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

**(c)** Vessels heated directly or indirectly that:

**(i)** Form part of an absorption type system; and

**(ii)** Function as a generator, regenerator or concentrator;

**(d)** Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

**(e)** Control equipment used solely with the system.

**e.** Object does not mean:

**(1)** As Boiler and Pressure Vessels:

**(a)** Equipment that is not under internal vacuum or internal pressure other than weight of contents;

**(b)** Boiler settings;

**(c)** Insulating or refractory material; or

**(d)** Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

**(2)** As Air Conditioning Units, any:

**(a)** Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

**(b)** Wiring or piping leading to or from the unit.

**f.** We will not pay for an Accident to any Object while being tested.

**g.** **Suspension**

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the Object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

AFP-META2-16-PRINT001-0526-0049-F

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production type machinery or equipment.

**2.** "Counterfeit" means an imitation of an actual valid original which is intended to deceive and to be taken as the original.

**3.** "Electronic media and records" means the following, if owned by you or licensed to you and used in your business:

**a.** Media, meaning disks, tapes, film, drums, cells or other media which are used with electronically controlled equipment.

**b.** Data, meaning information or facts stored on media described in Paragraph **a.** above. Data includes "valuable papers and records" converted to data.

**c.** "Computer" program, meaning a set of related electronic instructions which direct the operations and functions of a "computer" or a device connected to it, which enable the "computer" or device to receive, process, restore, retrieve or send data.

**d.** Software, including systems and applications software.

**4.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**5.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**6.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**7.** "Operations" means your business activities occurring at the described premises.

**8.** "Period of restoration":

**a.** Means the period of time that:

**(1)** Begins:

**(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the earlier of:

**(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(b)** The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**9.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**10.** Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

3852X

AFP-META2-16-PRINT001-0526-0050-F

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**11.** "Specified Causes of Loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss of or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**12.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**13.** "Valuable papers and records" means:

**a.** Inscribed, printed or written:

**(1)** Documents;

**(2)** Manuscripts; and

**(3)** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages; and

**b.** "Electronic media and records".

But "valuable papers and records" does not mean "money" or "securities".

## SECTION II — LIABILITY

### A. Coverages

**1. Business Liability**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury", to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D —** Liability And Medical Expenses Limits Of Insurance in **Section II — Liability;** and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension — Supplementary Payments.

**b.** This insurance applies:

**(1)** To "bodily injury" and "property damage" only if:

**(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(b)** The "bodily injury" or "property damage" occurs during the policy period; and

**(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew

that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

**(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f. Coverage Extension — Supplementary Payments**

**(1)** In addition to the Limit of Insurance of **Section II — Liability** we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**(a)** All expenses we incur.

**(b)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(e)** All costs taxed against the insured in the "suit".

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.



3853X

AFP-META2-16-PRINT001-0526-0052-F

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

**i.** Cooperate with us in the investigation, settlement or defense of the "suit";

**ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**iii.** Notify any other insurer whose coverage is available to the indemnitee; and

**iv.** Cooperate with us with respect to coordinating

other applicable insurance available to the indemnitee; and

**(ii)** Provides us with written authorization to:

**i.** Obtain records and other information related to the "suit"; and

**ii.** Conduct and control the defense of the indemnitee in such "suit".

**(3)** So long as the conditions in Paragraph **2.** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in **Section II — Liability**, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.



Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**(a)** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **2.f.** above are no longer met.

**2. Medical Expenses**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;



3854

0000072DEBDEV1187392170054

AFP-META2-16-PRINT001-0526-0053-F

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of **Section II — Liability**. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

## B. Exclusions

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the con-

tract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily Injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

3850X

AFP-META2-16-PRINT001-0526-0054-F

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought

0000072DEBDEV11873921705 5    3055    AFP-META2-16-PRINT001-0526-0055-F

on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the ab-

sence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 51 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

(a) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(b) Air compressors, pumps and generators, including spraying, welding, building cleaning, geo-

3855X

AFP-META2-16-PRINT001-0526-0056-F

physical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Professional Services**

"Bodily injury", "property damage", "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(5) Any health or therapeutic service treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses

and similar products or hearing aid devices;

(8) Body piercing services; and

(9) Services in the practice of pharmacy.

**k. Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire or explosion) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Paragraph **D.** Liability And Medical Expenses Limit Of Insurance in **Section II — Liability.**

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

AFP-META2-16-PRINT001-0526-0057-F

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products completed operations hazard".

**l.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products—completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p.  Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(4)** Arising out of a criminal act committed by or at the direction of any insured;

**(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(6)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(9)** Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of websites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under Paragraph **F.** Liability And Medical Expenses Definitions.

3856X

AFP-META2-16-PRINT001-0526-0058-F

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

**(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(11)** With respect to any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

**(12)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

**(13)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(14)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

Exclusions **c.**, **d.**, **e.**, **f.**, **g.**, **h.**, **i.**, **k.**, **l.**, **m.**, **n.** and **o.** in **Section II — Liability** do not apply to damage by fire or explosion to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate

Damage To Premises Rented To You Limit Of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in **Section II — Liability.**

**2.** **Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included within the "products — completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**3.** **Applicable To Both Business Liability Coverage And Medical Expenses Coverage — Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

3057

0000072DEBDEV11873921705 7

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

   (a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

   (b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

   (a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

   (b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**d.** As used in this exclusion:

(1) "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(2) "Hazardous properties" include radioactive, toxic or explosive properties;

(3) "Nuclear facility" means:

   (a) Any "nuclear reactor";

   (b) Any equipment or device designed or used for:

      (i) Separating the isotopes of uranium or plutonium;

      (ii) Processing or utilizing "spent fuel"; or

      (iii) Handling, processing or packaging "waste";

   (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

(4) "Nuclear material" means "source material", "special nuclear material" or "by-product material";

(5) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

(6) "Property damage" includes all forms of radioactive contamination of property.



3857X

AFP-META2-16-PRINT001-0526-0060-F

**(7)** "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(8)** "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(9)** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

**(10)** "Waste" means any waste material:

**(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

## C. Who Is An Insured

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)** or **(b)**; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).



0000072DEBDEV11873921T058

3058

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

**1.** The Limits of Insurance of **Section II — Liability** shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire or explosion is the Damage To Premises Rented To You limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" or "property damage" that is included in the "products—completed operations hazard" is twice the Liability and Medical Expenses limit; and

**b.** All:

**(1)** "Bodily injury" or "property damage" except damages because of "bodily injury" and "property damage" included in the "products—completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

3050X

AFP-META2-16-PRINT001-0526-0062-F

This Aggregate Limit does not apply to "property damage" to premises while rented to you or temporarily occupied by you with the permission of the owner, arising out of fire or explosion.

The Limits of Insurance of **Section II — Liability** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Financial Responsibility Laws**

**a.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

**b.** With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

**4. Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

AFP-META2-16-PRINT001-0526-0063-F

**5. Separation Of Insureds**

Except with respect to the Limits of Insurance of **Section II — Liability**, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**(2)** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction

3859X

or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraphs **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraphs **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

3060   0000072DEBDEV11873921706O

AFP-META2-16-PRINT001-0526-0065-F

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

  **(a)** Snow removal;

  **(b)** Road maintenance, but not construction or resurfacing; or

  **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products—completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

  **(a)** When all of the work called for in your contract has been completed.

  **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

  **(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

3860X



(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

AFP-META2-16-PRINT001-0526-0067-F



## SECTION III — COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I — PROPERTY AND SECTION II — LIABILITY)

### A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied under this provision.

      (2) After damage by a covered cause of loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for,

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. Concealment, Misrepresentation Or Fraud

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;

308IX

AFP-META2-16-PRINT001-0526-0068-F

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged.  We do not make safety inspections.  We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe and healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of **Section I — Property.**

2. Business Liability Coverage is excess over:

   a. Any other insurance that insures for direct physical loss or damage; or

   b. Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with Paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy

3062    0000072DEBDEV11873921706Z

AFP-META2-16-PRINT001-0526-0069-F

will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

## J. Premium Audit

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## K. Transfer Of Rights Of Recovery Against Others To Us

1. Applicable to Businessowners Property Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after

loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss to your Covered Property.

b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

2. Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

## L. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

3082X

AFP-META2-16-PRINT001-0526-0070-F

**BUSINESSOWNERS**
BP 03 12 07 02

POLICY NUMBER:   02-BP-637056-0

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE*

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage (enter 1%, 2% or 5%) |
|---|---|---|
| | | |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The following provisions apply to **Section I — Property:**

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of a Windstorm or Hail occurrence.

With respect to Covered Property at a location identified in the Schedule, no other deductible applies to Windstorm or Hail.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

### WINDSTORM OR HAIL DEDUCTIBLE CLAUSE

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

1. Each building, if two or more buildings sustain loss or damage;

2. The building and to personal property in that building, if both sustain loss or damage;

3. Personal property at each building, if personal property at two or more buildings sustains loss or damage;

4. Personal property in the open.

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance.

When property is covered under the Coverage Extension for Newly Acquired Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at the time of loss. The applicable percentage for Newly Acquired Property is the highest percentage shown in the Schedule for any described premises.

Copyright, ISO Properties, Inc., 2001

AFP-META2-16-PRINT001-0526-0071-F

**EXAMPLE — APPLICATION OF DEDUCTIBLE:**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property.

The Deductible is 2%.

**Building**

Step (1) : $80,000 x 2%  =  $1,600
Step (2) : $60,000 - $1,600  =  $58,400

**Business Personal Property**

Step (1) : $64,000 x 2% = $1,280
Step (2) : $40,000 - $1,280 = $38,720

The most we will pay is $97,120 ($58,400 + $38,720). The portion of the total loss that is not covered due to the application of the Deductible is $2,880 ($1,600 + $1,280).

AFP-META2-16-PRINT001-0526-0072-F

3863X

**BUSINESSOWNERS**
**BP 04 02 07 02**

POLICY NUMBER:   02-BP-637056-0

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED — MANAGERS OR
# LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE*

**Designation of Premises (Part Leased to You):**

**Name of Person or Organization (Additional Insured):**

**Additional Premium:**

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to Paragraph **C. Who Is An Insured** in Section **II** — Liability:

    **4.** The person or organization shown in the Schedule is also an insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule.

**B.** The following exclusions are added to Section **II** — Liability:

    This insurance does not apply to:

    **1.** Any "occurrence" that takes place after you cease to be a tenant in the premises described in the Schedule.

    **2.** Structural alterations, new construction or demolition operations performed by or for the person or organization designated in the Schedule.

Copyright, ISO Properties, Inc., 2001

EP

AFP-META2-16-PRINT001-0526-0073-F

**BUSINESSOWNERS**
**BP 04 17 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B. Exclusions** in Section **II — Liability:**

This insurance does not apply to:

1. "Bodily injury" or "personal and advertising injury" to:

   **a.** A person arising out of any:

   **(1)** Refusal to employ that person;

   **(2)** Termination of that person's employment; or

   **(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   **b.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(1)**, **(2)** or **(3)** above is directed.

2. This exclusion applies:

   **a.** Whether the insured may be liable as an employer or in any other capacity; and

   **b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.



Copyright, ISO Properties, Inc., 2001

3864X

AFP-META2-16-PRINT001-0526-0074-F

**BUSINESSOWNERS**
**BP 04 55 07 02**

POLICY NUMBER:  02-BP-637056-0

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## BUSINESS LIABILITY COVERAGE — TENANTS LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE*

Premises:

Tenants Liability Limit Of Insurance (Per Occurrence):

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

With respect to the coverage provided under this endorsement, Section II — **Liability** is amended as follows:

**A.** The final paragraph of **B.1. Exclusions — Applicable To Business Liability Coverage** is deleted and replaced by the following:

With respect to the premises shown in the Schedule of this endorsement which are rented to you or temporarily occupied by you with the permission of the owner, Exclusions **c., d., e., g., h., k., l., m., n.** and **o.** do not apply to "property damage".

**B.** Paragraph **D.2. Liability And Medical Expenses Limits Of Insurance** is deleted and replaced by the following with respect to the premises shown in the Schedule of this endorsement:

The most we will pay under this endorsement for the sum of all damages because of all "property damage" to premises while rented to you or temporarily occupied by you with the permission of the owner is the Tenants Liability Limit of Insurance shown in the Schedule.

**C.** With respect to the premises shown in the Schedule of this endorsement, Paragraph **D.3.** is deleted.

**D.** With respect to the premises shown in the Schedule of this endorsement, Paragraph **D.4.b.** is replaced by the following:

**4. Aggregate Limits**

The most we will pay for:

**b.** All:

**(1)** "Bodily injury" or "property damage" except damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses Limit.

Copyright, ISO Properties, Inc., 2001

AFP-META2-16-PRINT001-0526-0075-F

**BUSINESSOWNERS**
**BP 05 23 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED
# ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Business-owners Policy and apply to Property and Liability Coverages:

## A. CAP ON CERTIFIED TERRORISM LOSSES

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.



© Insurance Services Office, Inc., 2015

AFP-META2-16-PRINT001-0526-0076-F

BUSINESSOWNERS
BP 05 76 11 02

POLICY NUMBER:   02-BP-637056-0

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE*

| Revised Limit $ _____ |
|---|
| Separate Premises Or Locations Option   YES ☐   NO ☐ |
| If YES, describe the separate premises or locations: |
| Business Income/Extra Expense — Revised number of days _____ |
| *Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations. |

The following provisions apply to Section **I** — Property:

**A. Fungi Or Bacteria Exclusions**

1. Paragraph **A.5.l.(5)** of the Increased Cost Of Construction Additional Coverage is replaced by the following:

   **(5)** Under this Additional Coverage, we will not pay for:

   **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

   **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

2. The following exclusion is added to paragraph **B.1.Exclusions:**

   **(i) "Fungi", Wet Rot, Dry Rot And Bacteria**

   Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.

   But if "fungi", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion does not apply:

   **(1)** When "fungi", wet or dry rot or bacteria result from fire or lightning; or

   **(2)** To the extent that coverage is provided in the Additional Coverage — Limited Coverage For "Fungi", Wet Or Dry Rot and Bacteria (contained in the Limited Fungi or Bacteria Coverage) if any, with respect to loss or damage by a cause of loss other than fire or lightning.

© ISO Properties, Inc., 2002

AFP-META2-16-PRINT001-0526-0077-F

3. Paragraph **B.2.l.(2)** of the **Exclusions** is re-placed by the following:

   **(2)** Rust or other corrosion, decay, de-terioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

## B. Limited Fungi Or Bacteria Coverage

1. The following **Additional Coverage** is added to Paragraph **A.5.**

   i. **Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria**

   **(1)** The coverage described in Para-graphs **B.1.i.(2)** and **B.1.i.(6)** only applies when the "fungi", wet or dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all rea-sonable means were used to save and preserve the property from fur-ther damage at the time of and after that occurrence.

   **(2)** We will pay for loss or damage by "fungi", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   **(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacte-ria, including the cost of re-moval of the "fungi", wet or dry rot or bacteria;

   **(b)** The cost to tear out and replace any part of the building or other property as needed to gain ac-cess to the "fungi", wet or dry rot or bacteria; and

   **(c)** The cost of testing performed after removal, repair, replace-ment or restoration of the dam-aged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.

   **(3)** Unless a higher limit is selected in Schedule, the coverage described under this Limited Coverage is lim-ited to $15,000. If the Schedule in-dicates that the Separate Premises Or Locations Options applies, then the amount of coverage is made applicable to separate premises or locations as described in the Sche-dule. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or dam-age arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet or dry rot or bacteria, we will not pay more than the total of $15,000 unless a higher limit is selected in the Sche-dule even if the "fungi", wet or dry rot or bacteria continues to be pre-sent or active, or recurs, in a later policy period.

   **(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or dam-age by "fungi", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the ap-plicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such in-crease in the loss will be subject to the terms of this Limited Coverage.

   **(5)** The terms of this Limited Coverage do not increase or reduce the cov-erage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

   **(6)** The following applies only if Busi-ness Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applica-ble Business Income and/or Extra Expense Additional Coverage.

   **a.** If the loss which resulted in "fungi", wet or dry rot or



AFP-META2-16-PRINT001-0526-0078-F

bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days unless another number of days is indicated in the Schedule. The days need not be consecutive.

**b.** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet or dry rot or bacteria, but remediation of "fungi",

wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days unless another number of days is indicated in the Schedule. The days need not be consecutive.

**C. Fungi Definition**

1. The following definition is added to Paragraph **H.** Property Definitions:

    "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.





AFP-META2-16-PRINT001-0526-0079-F

**BUSINESSOWNERS**
**BP 70 59 01 05**

# COMMERCIAL FINE ARTS
# COVERAGE FORM
# BUSINESSOWNERS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

All other terms and conditions applicable to Section I — Property apply, except as provided by this endorsement.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **COVERED PROPERTY**, as used in this Coverage Form means:

   "Fine Arts" comprised of "private collections" which are

   a. Your property or

   b. Property of others which is in your care or custody and for which you are legally liable.

2. **PROPERTY NOT COVERED**

   Covered Property does not include:

   a. Property on consignment or owned by you which is held for sale

   b. Property on exhibition at fair grounds or on the premises of any national or international exposition.

   c. Contraband; or

   d. Property in the course of illegal transportation or trade.

3. **COVERED CAUSES OF LOSS**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

4. **ADDITIONAL COVERAGE — COLLAPSE**

   We will pay for direct "loss" caused by or resulting from risks of direct physical "loss" involving collapse of all or part of a building or structure caused by one or more of the following:

   a. Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; breakage of

   glass; falling objects; weight of snow, ice or sleet; water damage; all only as covered in this Coverage Form;

   b. Hidden decay

   c. Hidden insect or vermin damage;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   g. Earth movement, including earthquake, volcanic eruption, landslide, mudflow, mine subsidence, earth sinking, rising or shifting.

   h. Flood, surface water, waves, tides, tidal waves, overflow of any body of water or their spray.

   This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   a. **GOVERNMENTAL ACTION**

   Seizure or destruction of property by order of governing authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

AFP-META2-16-PRINT001-0526-0080-F

**b. NUCLEAR HAZARD**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. WAR AND MILITARY ACTION**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**d. WATER**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up from a sewer or drain; or

(4) Water under the ground surface pressing on or flowing or seeping through;

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

2. We will not pay for a "loss" caused by or resulting from any of the following:

a. Delay, loss of use, loss of market or any other consequential loss.

b. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

c. Unauthorized instruction to transfer property to any person or to any place.

d. Repairing, restoration or retouching process.

e. Breakage of art glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles, unless caused by fire, lightning, aircraft, theft or attempted theft, weather conditions, earthquake, flood, explosion, malicious damage or collision, derailment or overturn of the transporting conveyance.

f. Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment. But this exclusion does not apply to a carrier for hire.

g. Your neglect to use all reasonable means to save and preserve the property at and after any "loss" or when the property is so endangered.

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the "loss".

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

AFP-META2-16-PRINT001-0526-0081-F

(4) Maintenance;

of part or all of any property wherever located.

d. Collapse except as provided in the Additional Coverage-Collapse section of the Coverage section.

e. Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation, mechanical breakdown, insects, vermin, rodents, corrosion, rust, dampness, cold or heat.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. DEDUCTIBLE

We will not pay for any "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

### 1. COVERAGE TERRITORY

We cover property wherever located within:

a. The United States of America

b. Puerto Rico; and

c. Canada

### 2. VALUATION

a. The value of property individually listed and described in the declarations is the amount shown as Limit of Insurance for the individual item in the Declarations.

b. The value of property covered but not individually listed and described will be the least of the following amounts:

(1) The actual cash value of that property;

(2) The cost of reasonably restoring that property to its condition immediately before the "loss".

c. Pair, Sets or Parts

(1) Pair or Set. In case of "loss" to any part of a pair or set we may:

a. Repair or replace any part to restore the pair or set to its value before the "loss"; or

b. Pay the difference between the value of the pair or set before and after the "loss".

(2) Parts. In case of "loss" to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

### 3. LOSS PAYMENT

We will pay or make good any "loss" covered under this coverage part within 30 days after:

(1) We reach agreement with you;

(2) The entry of final judgment; or

(3) The filing of an appraisal award.

We will not be liable for any part of a "loss" that has been paid or made good by others.

### 4. COINSURANCE

(1) All items that are covered but not individually listed and described must be insured for their total value as of the time of "loss" or you will incur a penalty.

(2) The penalty is that we will pay only the proportion of any "loss" to these items that the Limit of Insurance shown in the Declarations for them bears to their total as of the time of "loss".

(3) If the Fine Arts Limit of Insurance shown in the Declarations is less than or equal to $10,000, then (1) and (2) above are deleted.

### 5. ADDITIONAL ACQUIRED PROPERTY

If during the policy period you acquire additional property of a type already covered by this form, we will cover such property for up to 30 days.  The most we will pay in a "loss" is the lesser of:

a. 25% of the total Limit of Insurance shown in the Declarations for that type of property or

b. $10,000.

AFP-META2-16-PRINT001-0526-0082-F

You will report such property within 30 days from the date acquired and will pay any additional premium due. If you do not report such property, coverage will cease automatically 30 days after the date the property is acquired.

6.  **NOTICE TO POLICE**

You agree that you will report promptly to the Police Department all thefts or acts of vandals.

7.  **PACKING AND UNPACKING**

You agree that the covered property will be packed and unpacked by competent packers.

All other provisions of this policy apply.

F.  **DEFINITIONS**

1.  "Loss" means accidental loss or damage.

2.  "Fine arts" means paintings, etchings, pictures, tapestries, art glass windows, and other bona fide works of art (such as valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass and bric-a-brac) of rarity, historical value or artistic merit.

3.  "Private collections" mean those owned by individuals, firms, corporations or associations (including hotels, universities, colleges or schools) that are not dealers, auctions rooms, museums, art galleries or art institutions.



AFP-META2-16-PRINT001-0526-0083-F

# ULTRA-PLUS

This endorsement modifies insurance provided under the following:

### BUSINESSOWNERS COVERAGE FORM

All other terms and conditions applicable to SECTION I PROPERTY and SECTION II LIABILITY apply, except as provided by this endorsement.

SECTION I — PROPERTY is changed as follows:

| Description | Section | The most we will pay is |
|---|---|---|
| **Covered Property** is extended to include electronic communications equipment, including radio and television antennas, satellite dishes and their lead-in wiring, masts or towers. | A.1.a. | |
| **Covered Property** is extended: Property of Others that is in your care, custody or control is extended to include the cost of labor, materials or services furnished or arranged by you on personal property of others. This is without regard to your legal liability. | A.1.b.(2) | |
| Proximity Limitation is broadened: The 100 feet limitation is increased to 1,000 feet. | A.1.a.(6)(b), A.1.b., A.5.f.(1), A.5.g.(1), A.6. | |
| **Property Not Covered** is amended to read: Outdoor fences, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:<br>(1) Outdoor Property Coverage Extension; or<br>(2) Outdoor Signs Optional Coverage; | A.2.e. | |

**Additional Coverages**

| | | |
|---|---|---|
| **Debris Removal** is broadened: | A.5.a.(4) | $25,000 for each location in any one occurrence. |
| **Fire Department Service Charge** is broadened. | A.5.c. | Actual Loss Sustained |
| **Business Income** is broadened:<br>The 60-day limitation applicable to ordinary payroll is deleted. Also, APPLICABLE TO DENTIST OFFICES, the following paragraph is added:<br>We will also pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration", resulting from loss by a Covered Cause of Loss to water pipes, electric power transmission lines or telephone lines not located at the described premises. | A.5.f.(1) | |

3069X

AFP-META2-16-PRINT001-0526-0084-F

| | | |
|---|---|---|
| **Forgery and Alteration** is broadened: | A.5.k. | $25,000 |

**Coverage Extensions**

**Newly Acquired or Constructed Property is broadened:**

| | | |
|---|---|---|
| Buildings | A.6.a.(1) | $1,000,000 |
| Business Personal Property | A.6.a.(2) | $500,000 |
| Period of Coverage is broadened: Coverage will end: "30 days" is replaced with "180 days". | A.6.a.(3)(b) | |

**Personal Property Off Premises** is amended: You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property (including Salesperson's samples) other than "money" and "securities" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate (other than the private residence of the owner). | A.6.b. | $25,000

**Outdoor Property** is amended: Lawns are added as covered outdoor property. Radio and television antennas (including satellite dishes) are removed. The referenced causes of loss are replaced with "specified causes of loss". | A.6.c. | $10,000, but not more than $1,000 for any one tree, shrub or plant.

**Personal Effects** is broadened: | A.6.d.(2) | $10,000

**Exclusions**

**Water** is amended: Water that backs up or overflows from a sewer, drain or sump is deleted. The most we will pay as a result of water that backs up or overflows from a sewer, drain or sump is: | B.1.g.(3) | $5,000 at each described premises, or the amount shown for this cause of loss in the Declarations, whichever is greater.

**Building Limit — Automatic Increase** is amended: | C.4.

a. We will adjust the Limit of Insurance for Buildings on each anniversary and/or the renewal of the policy. The amount of the adjustment will be the percent of increase or decrease as that which has occurred during the preceding policy year in the cost-of-construction factor, as reported in the publication of a recognized independent appraisal company.

b. When a loss exceeds the Limit of Insurance applying under this policy, the amount we will pay will be increased to the lesser of:
(1) Full replacement value at the time of loss; or
(2) 105% of the Limit of Insurance.

c. You agree to report to us any additions, improvements or enlargements of Covered Property which have been made since the effective date of this policy. If any of these changes are not reported to us upon completion, and the enlargements are equal to more than 5% of the Limit of Insurance, any loss occurring after that time shall be adjusted in accordance with the provisions of the policy without consideration of paragraph C.4.b. above.

**Business Personal Property Limit — Seasonal Increase** is broadened: The Limit of Insurance for Business Personal Property will automatically increase by 33% to provide for seasonal variations. | C.5.a.

0000072DEBDEV1187392170703070

AFP-META2-16-PRINT001-0526-0085-F

**Deductibles** is amended to read: Regardless of the amount of the Deductible, the most we will deduct from any loss or damage for Glass and under all of the following Optional Coverages in any one occurrence is $250:

    a.  Money and Securities
    b.  Outdoor Signs

But this $250 Glass and Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the deductible in the Declarations.

D.2.

No deductible applies to the following Additional Coverages:

    a.  Arson Reward
    b.  Extra Expense
    c.  Employee Dishonesty
    d.  Fire Department Service Charge
    e.  Fire Extinguisher Recharge Expense
    f.  Civil Authority
    g.  Money Orders and Counterfeit Paper Currency

D.3.

**Loss Payment** is amended to read:

  (1)  At replacement cost without deduction for depreciation, subject to the following:

    (a)  We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

      (i)  The Limit of Insurance under Section I Property that applies to the lost or damaged property;

      (ii)  The cost to replace, on the same premises, the lost or damaged property with other property:

        i.  Of comparable material and quality; and
        ii.  Used for the same purpose; or

      (iii)  The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

      If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

    (b)  You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

    (c)  We will not pay on a replacement cost basis for any loss or damage:

      (i)  Until the lost or damaged property is actually repaired or replaced; and

E.6.d.(1)




AFP-META2-16-PRINT001-0526-0086-F

3070X

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage. However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraph d.(1)(a) above whether or not the actual repair or replacement is complete.

(d) The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**Employee Dishonesty** is broadened: The Employee Dishonesty discovery period is extended from one year to two years from the end of the Policy Period.                    G.3.g.

2.   The following items are deleted:

**Valuable Papers and Records**

For valuable papers and records not at the described premises, the most we will pay is $5,000.                    A.6.e.(3)

**PROPERTY LOSS CONDITIONS — Loss Payment**    E.6.d.(3)(b)
Property of others, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others.

3.   The following items are added:

**Brands and Labels —**                    A.5.o.                    $25,000 for these costs, subject to the Business Personal Property Limit of Insurance shown in the Declarations.

A.   If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may:

1.   Stamp salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

2.   Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

B.   We will pay reasonable costs you incur to perform the activity described in A.1. or A.2. above.

**Consequential Damage to Pairs or Sets —**    A.5.p.                    the Limit of Insurance shown in the Declarations.
If pairs or sets of "stock" are damaged by a Covered Cause of Loss, we will pay any reduction in value of the undamaged parts of such damaged pairs or sets.

**Arson Reward —** We will pay an arson reward for    A.6.g.                    $5,000
information which leads to an arson conviction for loss or damage covered by this policy. This limit

0000072DEBDEV1187392170710
3071

applies per occurrence regardless of the number of persons providing this information.

**Theft Damage to Buildings** (Coverage is broadened for Tenants) — Damage by burglars, meaning direct loss or damage to the described property by burglars. Damage by burglars does not include loss resulting from theft of the property.                                  A.6.h.            $25,000

**Leased Trees and Plants —** You may extend the insurance provided by this policy to apply to trees and plants which are leased by you for your business purposes. The most we will pay for loss or damage under this Extension is:                       A.6.i.            Actual Loss Sustained

**Business Personal Property Limit — Automatic Increase**   C.6.
We will adjust the Limit of Insurance for Business Personal Property on each anniversary and/or renewal of the policy. The amount of the adjustment will be based on inflation and the economic factors for the preceding year.

SECTION II — LIABILITY is changed as follows:

The following items are amended:

**Coverage Extension — Supplementary Payments**           A.1.f.(1)(d)
    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

  **2.**  **Applicable to Medical Expenses Coverage**
    We will not pay expenses for "bodily injury";        B.2.a.
    a.  To any insured, except volunteer workers who are not paid a fee, salary or other compensation;
  3. The following are added:

  **Exclusions**

    (6) An aircraft you do not own, provided it is        B.1.g.(6)
       not operated by any insured.

  **C.**  **WHO IS AN INSURED —** Each of the            C.2.e.
    following is also an insured:

    e.  Any person(s) who are volunteer worker(s) for you, but only while acting at the direction of, and within the scope of their duties for you. However, no volunteer(s) is an insured for:

      (1)  "Bodily injury" or "personal and advertising injury" to you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-volunteer or your "employees" while that volunteer is in the course of performing his or her duties related to the conduct of your business;
      (2)  "Property damage" to property:
        (a)  Owned, occupied or used by,
        (b)  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by
        you, any of your co-volunteers or your



3071X

AFP-META2-16-PRINT001-0526-0088-F

"employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

C. **WHO IS AN INSURED —** Coverage is added for Newly Acquired Organizations:   C.4.

4. Any organization you newly acquire or form, other than a partnership, joint venture, or limited liability company and over which you maintain ownership or majority interest, will qualify as a named insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 120th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. **A. Coverages 1. Business Liability** does not apply to:

(1) "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

(2) "Personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations.

All other provisions of this policy apply.

AFP-META2-16-PRINT001-0526-0089-F

**BUSINESSOWNERS**
**BP 70 80 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** Coverage is provided under this endorsement only with respect to the building(s) described in the declarations.

**B.** Application Of Coverage(s)

The coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

1. The ordinance or law:

   **a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

   **b.** Is in force at the time of loss.

   But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2. **a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

   **b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

   **c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also

sustained covered direct physical damage.

3. In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

   (Section **H.** of this endorsement provides an example of this procedure.)

   However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, and/or **C** of this endorsement.

**C.** We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**D.** Coverage

1. Coverage A — Coverage For Loss To The Undamaged Portion Of The Building

   With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

   Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

3072X

AFP-META2-16-PRINT001-0526-0090-F

**2.** Coverage B — Demolition Cost Coverage

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property. Paragraph E.6.d. Section I — Property, Loss Conditions does not apply to Demolition Cost Coverage.

**3.** Coverage C — Increased Cost Of Construction Coverage

**a.** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**(1)** Repair or reconstruct damaged portions of that building; and/or

**(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

Paragraph E.6.d. Section I — Property, Loss Conditions does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.**:

**(1)** The cost of excavations, grading, backfilling and filling;

**(2)** Foundations of the building;

**(3)** Pilings; and

**(4)** Underground pipes, flues and drains.

The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E.** Loss Payment

**1.** All following loss payment provisions, **E.2.** through **E.3.** are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.

**2.** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**a.** If the property is being repaired or replaced on the same or another premises, we will not pay more than the lesser of:

**(1)** The amount you would actually spend to repair, rebuild or reconstruct the building, but not more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**b.** If the property is <u>not</u> repaired or replaced, we will not pay more than the lessor of:

**(1)** The actual cash value of the building at the time of loss; or

**(2)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**3.** The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the combined limit of $150,000, applicable to the following loss payment provisions:

**a.** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**b.** With respect to the Increased Cost of Construction:

**(1)** We will not pay for the increased cost of construction:

**(a)** Until the property is actually repaired or replaced, at the same or another premises, and

0000072DEBDEV11873921T073

3073

AFP-META2-16-PRINT001-0526-0091-F

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**F.** The terms of this endorsement apply separately to each building described in the Declarations.

**G.** Under this endorsement we will not pay for loss due to any ordinance or law that:

**1.** You were required to comply with before the loss, even if the building was undamaged; and

**2.** You failed to comply with.

**H.** Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement)

Assume:

Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

The building has a value of $200,000

Total direct damage to building: $100,000

The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

Portion of direct physical damage that is covered (caused by wind): $30,000

Portion of direct physical damage that is not covered (caused by flood): $70,000

Loss under Ordinance or Law Coverage **C.** of this endorsement: $60,000

Step **1.**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step **2.**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C.** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverage **A** and **B** of this endorsement.



AFP-META2-16-PRINT001-0526-0092-F

3073X

**BUSINESSOWNERS**
**BP 80 29 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT — AGGREGATE LIMITS OF INSURANCE (PER LOCATION)

This endorsement modifies insurance provided under Section II — Liability.

Paragraph **4.b. Aggregate Limits** of Section D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE applies separately to each of your "locations" owned by or rented by you.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway, or right-of-way of a railroad.

BP 80 29 07 02                                                                                                                    EP

---

**BUSINESSOWNERS**
**BP 80 94 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-OWNED AUTO LIABILITY — AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

   HIRED AUTO AND NON-OWNED AUTO LIABILITY

Paragraph **A.2.** is replaced with the following:

**2. NON-OWNED AUTO LIABILITY**

   The insurance provided under Section II — Liability of the "Businessowners Coverage Form", Paragraph **A.1.** Business Liability, applies to "bodily injury" or "property damage" arising out of the use of:

   **a.** any "non-owned auto" in your business by any person other than you; or

   **b.** any "non-owned auto" by you or your employees for the purpose of picking up, delivering or road testing the "non-owned auto."

Paragraph **C.3.** is replaced with the following:

**3. "Non-Owned Auto"** means any "auto" you do not own, lease, hire or borrow which is used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business affairs.

BP 80 94 07 02                                                                                                                    EP

## EMPLOYMENT PRACTICES LIABILITY INSURANCE

### THIS POLICY PROVIDES CLAIMS-MADE AND REPORTED COVERAGE. DEFENSE COSTS APPLY AGAINST THE LIMITS OF INSURANCE AND ARE SUBJECT TO THE DEDUCTIBLE.

**PLEASE READ THE ENTIRE FORM CAREFULLY.**

PLEASE READ THIS POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND COVERAGE RESTRICTIONS. WE HAVE ISSUED THIS POLICY BASED UPON YOUR APPLICATION FOR THIS INSURANCE. THE APPLICATION IS A REPRESENTATION OF THE CORRECTNESS OF THE INFORMATION BASED UPON WHICH WE HAVE ISSUED THIS POLICY.

WE HAVE NO DUTY TO PROVIDE COVERAGE UNLESS THERE HAS BEEN FULL COMPLIANCE WITH ALL THE CONDITIONS — SECTION V — OF THIS POLICY.

Throughout this policy the words "you" and "your" refer to the named insured shown in the declarations, and any other person or organization qualifying as a named insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (Section II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (Section VII).

## SECTION I — COVERAGES
### EMPLOYMENT PRACTICES LIABILITY

In consideration of the payment of premium and in reliance upon representations you made to us in applying for this insurance and subject to the limits of insurance shown in the declarations, and all the exclusions, terms and conditions of this policy, we agree with you as follows:

### 1. INSURING AGREEMENT

  **a.** We will pay on behalf of the insured for "damages" in excess of the deductible arising out of any "employment practices" to which this insurance applies.

  We have no obligation under this insurance to make payments or perform acts or services except as provided for in this paragraph and in Item 2. below.

  **b.** This insurance applies to such "damages" only if:

    **(1)** The "damages" result from "claims" made by "employees", "leased workers", "temporary workers", former "employees" or applicants for employment with you;

    **(2)** The "employment practices" take place in the "coverage territory";

    **(3)** Such "employment practices" occurred after the retroactive date, if any, shown in the declarations and before the end of the policy period; and

    **(4)** A "claim" is both:

      **(a)** First made against any insured, in accordance with paragraph c. below, during the policy period or any extended reporting period we provide under Section VI — EXTENDED REPORTING PERIODS; and

      **(b)** Reported to us either (i) during the policy period or within thirty (30) days thereafter, or (ii) with respect to any "claim" first made during any extended reporting period we provide under Section VI — EXTENDED REPORTING PERIODS, during such extended reporting period.

AFP-META2-16-PRINT001-0526-0094-F

**c.** A "claim" will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by you or by us, whichever comes first; or

**(2)** When we make settlement in accordance with paragraph 2.a. below.

**d.** All "claims" for "damages" based on or arising out of:

**(1)** One "employment practice"; or

**(2)** An interrelated series of "employment practices"

by one or more insureds shall be deemed to be one "claim" and to have been made at the time the first of those "claims" is made against any insured(s).

Each payment we make for "damages" or "defense expense" reduces the amount of insurance available, as provided under SECTION III — LIMITS OF INSURANCE.

**2. DEFENSE OF CLAIMS, ADMINISTRATIVE HEARINGS & SETTLEMENT AUTHORITY**

**a.** We have the right and duty to defend "claims" against the insured seeking "damages" to which this insurance applies and to pay for related "defense expense". However, we have no duty to (i) defend "claims" against the insured seeking "damages," or (ii) pay for related "defense expense," when this insurance does not apply. We may:

**(1)** At our sole discretion, investigate any "employment practice" that may result in "damages"; and

**(2)** Settle any "claim" which may result, provided:

**(a)** We have your written consent to settle; and

**(b)** The settlement is within the applicable limit of insurance available.

Our liability will be limited as described below if: (i) you refuse to consent to any settlement we recommend, and (ii) such recommended settlement is also acceptable to the claimant. When this happens, our liability under this policy for such "claim" shall not exceed the amount we would have paid for "damages" and "defense expense" if you had consented at the time of our recommendation. You shall thereafter negotiate and defend

that "claim" at your own cost and without our involvement.

**b.** Our right and duty to defend such "claims" end when we have used up the limit of insurance available, as provided under SECTION III — LIMITS OF INSURANCE. This applies both to "claims" pending at that time and those filed thereafter.

**c.** When we control defense of a "claim", we pay associated "defense expense" and choose a counsel of our choice from the panel of attorneys we have selected to deal with "employment practices" "claims." If you give us a specific written request at the time a "claim" is first made:

**(1)** You may select one of our panel of employment law attorneys; or

**(2)** You may ask us to consider the approval of a defense attorney of your choice that is not on our panel.

We will use the panel attorney you selected in (1) above, or consider your request in (2) above, when we deem it appropriate to engage counsel for such "claim." If by mutual agreement or court order the insured assumes control of such defense before the applicable limit of insurance is used up, we will reimburse the insured for reasonable "defense expense," subject to the following limitation. If we defend you under a reservation of rights, both your and our counsel(s) will be required to maintain records pertinent to your "defense expenses." These records will be used to determine the allocation of any "defense expenses" for which you may be solely responsible, including defense of an allegation not covered by this insurance.

In any case, however, we only pay amounts in excess of the deductible and such payments will reduce the limit of insurance available as provided under SECTION III — LIMITS OF INSURANCE.

**d.** Upon prior notice to us and our approval, the first named insured is authorized to act on behalf of all insureds with respect to the payment of "damages" in settlement of any administrative hearing or other non-judicial proceeding before the Federal Equal Employment Opportunity Commission, or any similar federal, state or local body or commission. This authorization is limited to (i) "damages" covered by this policy, (ii) "defense expenses" under part d. of the definition of "defense expenses" and (iii) amounts not in excess of two times the

0000072DEBDEV11873921 7075

3075

AFP-META2-16-PRINT001-0526-0095-F

amount of the deductible stated in the declarations.

## 3. EXCLUSIONS

This insurance does not apply to "claims" arising directly or indirectly from any:

**a.** **(1)** "Employment practices" which were the subject of any demand, suit or other proceeding which was initiated against any insured; or

**(2)** Facts and circumstances which would cause a reasonable person to believe a "claim" would be made and which were known to any insured;

prior to the effective date of the earlier of (i) the first policy of this type that we issued to you of which this policy was an uninterrupted renewal of this type of coverage, or (ii) this policy.

**b.** Breach of any express contract of employment or any express obligation to make payments in the event of termination of employment.

**c.** Obligation to pay "damages" by reason of the assumption of liability in any contract or agreement. This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

**d.** Of the following laws:

**(1)** Any workers compensation, disability benefits or unemployment compensation law, or any similar law, provided however, this exclusion shall not apply to any "claim" based upon, arising from, or in consequence of any actual or alleged retaliatory treatment of the claimant by the Insured on account of the claimant's exercise of rights pursuant to any such law;

**(2)** Employees' Retirement Income Security Act of 1974, Public Law 93-406, (E.R.I.S.A.) as now or hereafter amended, or any similar state or other governmental law. This includes fiduciary liability, liability arising out of the administration of any employee benefit plan and any other liability under any such laws;

**(3)** The Fair Labor Standards Act, the National Labor Relations Act of 1938, the Worker Adjustment and Retraining

Notification Act (Public Law 100-37991988), the Consolidated Omnibus Budget Reconciliation Act of 1985, or the Occupational Safety and Health Act. This exclusion also applies to any rules or regulations promulgated under any of the foregoing and amendments thereto or any similar provisions of any federal, state or local law, and to that part of any "damages" awarded for the cost or replacement of any insurance benefits due or alleged to be due to any current or former "employee".

**e.** Oral or written publication of material, if such material:

**(1)** Was published by or at the direction of the insured with knowledge of the material's falsity; or

**(2)** Was first published before the retroactive date, if any, shown in the declarations.

**f.** Dishonest, criminal or fraudulent acts of the insured or the willful failure by the insured or with the insured's consent to comply with any law or any governmental or administrative order or regulation relating to employment practices. Willful means acting with intentional or reckless disregard for such employment related laws, orders or regulations.

The enforcement of this exclusion against any insured under this policy shall not be imputed to any other insured.

**g.** "Bodily injury".

**h.** "Employment practices" which occur when or after:

**(1)** You file for or are placed in any bankruptcy, receivership, liquidation or reorganization proceeding; or

**(2)** Any other business entity acquires an ownership interest in you which is greater than fifty percent.

**i.** Costs of complying with physical modifications to your premises or any changes to your usual business operations as mandated by the Americans with Disabilities Act of 1990 including any amendment thereto, or any similar federal, state or local law.

**j.** Lockout, strike, picket line, related worker replacement(s) or other similar actions resulting from labor disputes or labor negotiations.

3975X

AFP-META2-16-PRINT001-0526-0096-F

## SECTION II — WHO IS AN INSURED

1. If you are designated in the declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your current or former members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your current or former members are also insureds, but only with respect to the conduct of your business. Your current or former managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership or joint venture, you are an insured. Your current or former directors are insureds, but only with respect to their duties as your directors.

2. Each of the following is also an insured:

   a. Your current or former "employees" but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

   b. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

3. Any heirs, executors, administrators, assignees or legal representatives of any individual insured above, in the event of the death, bankruptcy or incapacity of such insured, but only to the extent this insurance would have been available to such insured.

4. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a named insured if there is no other similar insurance available to that organization. However:

   a. You must provide us notice of such acquisition or formation within 30 days of the effective date of your acquisition or formation;

   b. Coverage under this provision is afforded only until the 120th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   c. Coverage does not apply to any "employment practices" that occurred before you acquired or formed the organization; and

   d. You must pay us any additional premium due as a condition precedent to the enforceability of this additional extension of coverage.

   This part 4 does not apply to any organization after it is shown in the declarations or added to this policy by endorsement.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a named insured in the declarations.

## SECTION III — LIMITS OF INSURANCE

1. The amount of insurance stated as the policy aggregate limit is the most we will pay for the sum of:

   a. All "damages" for all "claims" arising out of any actual or alleged "employment practices" covered by this insurance; and

   b. All "defense expense" for all "claims" seeking "damages" payable under paragraph a. above.

   Each payment we make for such "damages" or "defense expenses" reduces the policy aggregate limit by the amount of the payment. The reduced limit will then be the amount of insurance available for further "defense expenses" and "damages" under this policy.

2. Subject to 1. above, the amount of Insurance stated as the each "claim" limit of insurance is the most we will pay in excess of the deductible as further described in SECTION IV — DEDUCTIBLE for the sum of:

   a. All "damages" for injury arising from "employment practices" covered by this insurance arising out of one "claim", whether such "claim" is brought by one or more claimants; and

   b. All "defense expense" associated with that specific "claim" in item 2.a. immediately preceding.

3. In addition to the payments for "damages" and "defense expense" in paragraphs 1. and 2. above, we will also pay all interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of paragraphs 1. and 2. above.

AFP-META2-16-PRINT001-0526-0097-F

These limits of insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of insurance.

4. **Transfer Of Duties When Limit Of Insurance Is Used Up**

   a. If we conclude that, based on "claims" which have been reported to us and to which this insurance may apply, the Aggregate or Each Claim limit of insurance is likely to be used up in the payment of judgments or settlements for damages or the payment of "defense expenses", we will notify the first Named Insured, in writing, to that effect.

   b. When the Aggregate or Each Claim limit of insurance has actually been used up in the payment of judgments or settlements for damages or the payment of "defense expenses", we will:

      (1) Notify the first Named Insured in writing, as soon as practible, that such a limit has actually been used up and that our duty to defend the insured against "claims" seeking damages subject to that limit has also ended;

      (2) Initiate, and cooperate in, the transfer of control, to any appropriate insured, of all "claims" for which the duty to defend has ended for the reason described in Paragraph **b.(1)** above and which are reported to us before that duty to defend ended; and

      (3) Take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such "claims" until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

## SECTION IV — DEDUCTIBLE

1. A deductible applies to all "damages" for injury arising from "employment practices" and any "defense expense" however caused.

2. Our obligation under this employment practices liability insurance to pay "damages" and "defense expense" on behalf of any insured applies only to the sum of the amount of "damages" and "defense expense" each

"claim" which are in excess of the deductible amount stated in the declarations.

3. Your obligation is to pay that deductible which is applicable to each "claim" made against this insurance. That deductible applies to the sum of all "damages" because of injury arising from "employment practices" paid for each "claim" and applicable "defense expense" associated therewith. If there should be no "damages" paid for a "claim", you are still obligated to pay the applicable deductible for any "defense expense" incurred by us in connection with that "claim".

4. The terms of this insurance apply irrespective of the application of the deductible, including those with respect to:

   a. Our right and duty to defend any "claims" seeking those "damages"; and

   b. Your duties in the event of a "claim".

5. We may pay any part or all of the deductible to effect settlement of any "claim" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible as we may have paid for "damages" or "defense expense".

6. The application of the deductible does not erode the limits of insurance provided.

## SECTION V — CONDITIONS

1. **Bankruptcy** Subject to exclusion h., the bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Cancellation**

   a. The first named insured shown in the declarations may cancel this policy by mailing or delivering to us written advance notice of cancellation.

   b. We may cancel this policy by mailing or delivering to the first named insured written notice of cancellation at least:

      (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      (2) 30 days before the effective date of cancellation if we cancel for any other reason.

   c. We will mail or deliver our notice to the first named insured's last mailing address known to us.

3076X

AFP-META2-16-PRINT001-0526-0098-F

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is canceled, we will send the first named insured any premium refund due. If we cancel, the refund will be pro rata. If the first named insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**3. Changes** This policy contains all agreements between you and us concerning the insurance afforded. The first named insured shown in the declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**4. Duties in Event of "Employment Practices" or "Claims"**

**a.** You must see to it that we are notified as soon as practicable of any specific "employment practices" which you believe may result in an actual "claim". Your belief must be reasonably certain as the result of specific allegations made by a potential claimant or such potential claimant's representative, or as the result of specifically identifiable injury sustained by a potential claimant. To the extent possible, notice should include:

  **(1)** How, when and where such "employment practices" took place;

  **(2)** The names and addresses of any potential claimants and witnesses; and

  **(3)** The nature of any injury arising out of such "employment practices".

Notice of such "employment practices" is not notice of a "claim", but preserves any insured's rights to future coverage for subsequent "claims" arising out of such "employment practices" as described in the Basic Extended Reporting Period of Section VI — EXTENDED REPORTING PERIODS.

**b.** If a "claim" is received by any insured:

  **(1)** You must immediately record the specifics of the "claim" and the date received;

  **(2)** You and any other involved insured must see to it that we receive written notice of the "claim", as soon as

practicable, but in any event we must receive notice either:

  **(a)** During the policy period or within thirty (30) days thereafter; or

  **(b)** With respect to any "claim" first made during any extended reporting period we provide under Section VI — EXTENDED REPORTING PERIODS, during such extended reporting period,

as a condition precedent for coverage under this insurance. Such notice must provide us with the same information as is required in item a. immediately preceding; and

  **(3)** You and any other involved insured must:

  **(a)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim";

  **(b)** Authorize us to obtain records and other information;

  **(c)** Cooperate with us in the investigation, settlement or defense of the "claim"; and

  **(d)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**c.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent, other than those specific payments authorized under Section I item 2.d. — DEFENSE OF CLAIMS, ADMINISTRATIVE HEARINGS & SETTLEMENT AUTHORITY.

**5. Examination of Your Books and Records** We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**6. Inspections and Surveys** We have the right but are not obligated to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the employment conditions we find; and

**c.** Recommend procedures, guidelines and changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the

AFP-META2-16-PRINT001-0526-0099-F

premiums to be charged. We do not undertake to perform the duty of any person or organization to provide for the health or safety of, or lawful practices with your workers or the public. We do not warrant that conditions:

(i) Are safe or healthful; or

(ii) Comply with laws, regulations, codes or standards as they relate to the purpose of this or any other insurance.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations, on our behalf.

7. **Legal Action Against Us** No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "claim" seeking "damages" from any insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for "damages" that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

8. **Other Insurance** If other valid and collectible insurance is available to the insured for "damages" or "defense expense" we cover under this Policy, our obligations are limited as follows:

a. As this insurance is primary insurance, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in b. below.

b. If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

9. **Payment of Premiums**, **Deductibles and Coinsurance Amounts**

a. We will compute all premiums for this insurance in accordance with our rules and rates; and

b. The first named insured shown in the declarations is responsible for the payment of all premiums, deductibles and coinsurance payments due and will be the payee for any return premiums we pay.

10. **Representations** By accepting the policy, you agree:

a. The statements in the declarations are accurate and complete;

b. Those statements are based upon representations you made to us in your application for this insurance. That application is incorporated into this policy and forms the basis of our obligations under this policy; and

c. Since we have issued this policy in reliance upon your representations, this policy is voidable if any material fact or circumstance relating to the subject of this insurance is omitted or misrepresented in your application.

11. **Separation Of Insureds** Except with respect to the limits of insurance, and any rights or duties specifically assigned in this policy to the first named insured, this insurance applies:

a. As if each named insured were the only named insured; and

b. Separately to each insured against whom "claim" is made.

12. **Sole Agent** The first named insured is authorized to act on behalf of all insureds as respects the giving or receiving of notice of cancellation or nonrenewal, receiving premium refunds, requesting any supplemental extended reporting period and agreeing to any changes in this policy.

13. **Transfer Of Rights Of Recovery Against Others** If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will sue those responsible or transfer those rights to us and help us enforce them.

14. **Transfer of Your Rights and Duties Under This Policy** Your rights and duties under this policy may not be transferred without our written consent.

3077X

AFP-META2-16-PRINT001-0526-0100-F

**15. When We Do Not Renew** If we decide not to renew this insurance, we will mail or deliver to the first named insured shown in the declarations written notice of the nonrenewal not less than 30 days before the expiration date. If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION VI — EXTENDED REPORTING PERIODS

1. We will provide extended reporting periods, as described below, if:

   a. This policy is canceled or not renewed; or

   b. We renew or replace this policy with insurance that:

      (1) Has a retroactive date later than the date shown in the declarations of this policy; or

      (2) Does not apply on a claims-made basis.

2. Extended reporting periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" as the result of "employment practices" which occurred after the retroactive date, if any, shown in the declarations and before the end of the policy period. Once in effect, extended reporting periods may not be canceled.

3. Extended reporting periods do not reinstate or increase the limits of insurance.

4. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for:

   a. Five years with respect to "claims" arising out of "employment practices" which had been properly reported to us during the policy period in accordance with paragraph 4.a. of Duties in the Event of "Employment Practices" or "Claims", in CONDITIONS (Section V); and

   b. Sixty days with respect to "claims" arising from "employment practices" not previously reported to us.

   The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

5. A Supplemental Extended Reporting Period of thirty six (36) months but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in paragraph 4.b. above, ends. You must give us a written request for the endorsement within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium when due. We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   a. The exposures insured;

   b. Previous types and amounts of insurance;

   c. Limits of insurance available under this policy for future payment of "damages"; and

   d. Other related factors.

   The additional premium will not exceed 200% of the annual premium for this Policy.

6. The Supplemental Extended Reporting Period endorsement we issue shall set forth the terms, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period begins.

## SECTION VII — DEFINITIONS

1. **"Bodily injury"** means physical injury to the body, sickness or disease sustained by a person as the result of direct physical injury to the body, including death resulting from any of these at any time. "Bodily injury" does not include mental anguish that results from an "employment practice".

2. **"Claim"** means written or oral notice presented by:

   a. Any "employee", "leased worker", "temporary worker", former "employee" or applicant for employment by you; or

   b. The EEOC or any other federal, state or local administrative or regulatory agency on behalf of such person in item a. immediately preceding.

   that the insured is responsible for "damages" as a result of injury arising out of any "employment practices".

   "Claim" includes any civil proceeding in which either "damages" are alleged or fact finding will take place, when either is the actual or alleged

3078   0000072DEBDEV11873921707B

AFP-META2-16-PRINT001-0526-0101-F

result of any "employment practice" to which this insurance applies. This includes:

(i) An arbitration proceeding in which such "damages" are claimed and to which the insured submits with our consent;

(ii) Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent; or

(iii) Any administrative proceedings established under applicable federal, state or local laws as may be applicable to "employment practices" covered under this insurance.

3. "Coverage territory" means:

a. The United States of America (including its territories and possessions) and Puerto Rico; or

b. Anywhere in the world with respect to the activities of a person whose place of employment is in the territory described in a. above, while he or she is away for a short time on your business;

provided that the insured's responsibility to pay "damages" is determined in a suit (or in any other type of civil proceeding as described under the definition of "claim") on the merits in, and under the substantive law of, the United States of America (including its territories and possessions) or Puerto Rico.

4. "Damages" means monetary amounts to which this insurance applies and which the insured is legally obligated to pay as judgments, awards and settlements to which we have agreed in writing. "Damages" include (i) "prejudgment interest" awarded against the insured on the part of the judgment we pay and (ii) to the extent allowed by law, any portion of a judgment or award that represents a multiple of the compensatory amounts or punitive or exemplary damages.

"Damages" do not include:

a. Civil, criminal, administrative or other fines or penalties;

b. Equitable relief, injunctive relief, declarative relief or any other relief or recovery other than monetary amounts; or

c. Judgments or awards because of acts deemed uninsurable by law.

5. "Defense expense" means payments allocated to a specific "claim" for its investigation, settlement, or defense, including:

a. Attorney fees and all other litigation expenses.

b. The cost of bonds to appeal a judgment or award in any "claim" we defend. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the amount of insurance available. We do not have to furnish these bonds.

d. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of any "claim", including actual loss of earnings up to $250 a day because of time off from work.

e. Costs taxed against the insured in the "claim".

"Defense expense" does not include:

i. Salaries and expenses of our employees or your "employees", other than:

(a) That portion of our employed attorneys' fees, salaries and expenses allocated to a specific "claim" for the defense of the insured; and

(b) The expenses described in d. above; and

ii. Interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of SECTION III — LIMITS OF INSURANCE.

6. "Employee" means a person (i) employed by you for wages or salary, or (ii) who is a current or former member of your board of directors. But "employee" does not include any independent contractor, any employees of any independent contractor while acting within the scope of their employment, any "leased worker" or any "temporary worker".

7. "Employment Practices" means any of the following practices (i) which are directed against any of your "employees," "leased workers," "temporary workers," former "employees" or any applicant for employment by you, and (ii) for which remedy is sought under any federal, state, or local statutory or common civil employment law:

a. Wrongful refusal to employ a qualified applicant for employment;

AFP-META2-16-PRINT001-0526-0102-F

**b.** Wrongful failure to promote a qualified "employee";

**c.** Wrongful demotion, negligent evaluation, negligent reassignment or wrongful discipline;

**d.** Wrongful termination of employment, including retaliatory or constructive discharge;

**e.** Harassment, coercion, discrimination or humiliation as a consequence of race, color, creed, national origin, marital status, medical condition, gender, age, physical appearance, physical and/or mental impairments, pregnancy, sexual orientation or sexual preference; or

**f.** Oral or written publication of material that slanders, defames or libels an "employee" or violates or invades an "employee's" right of privacy.

**8.** **"Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**9.** **"Pre-judgment interest"** means interest added to a settlement, verdict, award or judgment based on the amount of time prior to the settlement, verdict, award or judgment, whether or not made part of the settlement, verdict, award or judgment.

**10.** **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.



AFP-META2-16-PRINT001-0526-0103-F

**BUSINESSOWNERS**
**BP 81 36 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN ENDORSEMENT

### EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS COVERAGE FORM

The following is added to Section I — Property, A.5., Additional Coverages:

**Equipment Breakdown**

**(1)** We will pay for loss caused by or resulting from an "accident" to "covered equipment." As used in this Additional Coverage, an "accident" means direct physical loss as follows:

  **(a)** mechanical breakdown, including rupture or bursting caused by centrifugal force;

  **(b)** artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

  **(c)** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

  **(d)** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

  **(e)** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

If an initial "accident" causes other "accidents," all will be considered one "accident." All "accidents" that are the result of the same event will be considered one "accident." "Covered equipment" means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

**(2)** The following coverages also apply to loss caused by or resulting from an "accident" to "covered equipment." These coverages do not provide additional amounts of insurance.

  **(a)** Expediting Expenses

    With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

     **(i)** make temporary repairs; and

     **(ii)** expedite permanent repairs or permanent replacement.

  **(b)** Hazardous Substances

    We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional costs to clean up or dispose of such property.

    "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

3079X

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

AFP-META2-16-PRINT001-0526-0104-F

Additional costs mean those beyond what would have been required had no "hazardous substance" been involved.

The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain, necessary Extra Expense you incur and loss under Spoilage coverage, is $50,000.

**(c)** Spoilage

   **(i)** We will pay for your loss of "perishable goods" due to spoilage.

   **(ii)** We will also pay for your loss of "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

   **(iii)** We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

   **(iv)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had.  Otherwise our payment will be determined in accordance with the Loss Payment condition.

   **(v)** Additional Definition. For the purpose of this coverage, "perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

   The most we will pay for loss or damage under this coverage is $25,000.

**(d)** Computer Equipment

We will pay for loss or damage caused by or resulting from an "accident" to "computer(s)."

The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $50,000.

**(e)** Data Restoration

We will pay for your cost to research, replace and restore data, including programs and operating systems, that is lost or corrupted due to an "accident." The most we will pay for loss or damage under this coverage is $50,000.

The following is added to Paragraph A.6.e.(4) Valuable Papers and Records in Section I — Property:

   **(g)** Paragraph B.2.a., Electrical Apparatus;

   **(h)** Paragraph B.2.d., Steam Apparatus; and

   **(i)** Paragraph B.2.l.(6), Mechanical Breakdown.

**(f)** Service Interruption

The insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to loss caused by or resulting from an "accident" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

**(3)** Exclusions

  **(a)** All exclusions and limitations apply except:

    **(i)** Exclusions B.2.a., B.2.d. and B.2.l.(6); and

    **(ii)** Limitations A.4.a.(1) and A.4.a.(2).

  **(b)** The exclusions are modified as follows:

    **(i)** The following is added to Exclusion B.1.g.(1):

AFP-META2-16-PRINT001-0526-0105-F

However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

**(ii)** As respects this endorsement only, the next to the last paragraph in Exclusion B.1.h. is deleted and replaced with the following:

However, if excluded loss or damage, as described in Paragraph (1) above results in an "accident," we will pay only for the loss or damage caused by such "accident."

**(iii)** As respects this endorsement only, the last paragraph of Exclusion B.2.l. is deleted and replaced with the following:

But if an excluded cause of loss that is listed in Paragraphs (1) through (7) above results in an "accident," we will pay for the loss or damage caused by that "accident."

**(iv)** As respects this endorsement only, the following is added to Exclusions B.2.m. and B.2.n.:

We will also pay direct physical loss or damage caused by an "accident" to "covered equipment."

**(c)** As respects this endorsement only, Coverage Extension **6.e.** Valuable Papers and Records does not apply.

**(d)** None of the following is "covered equipment":

**(i)** structure, foundation, cabinet, compartment or air supported structure or building;

**(ii)** insulating or refractory material;

**(iii)** sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

**(iv)** water piping other than boiler feedwater piping, boiler condensate return piping or water piping form a part of a refrigerating or air conditioning system;

**(v)** vehicle, aircraft, floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel;

**(vi)** dragline, excavation equipment or construction equipment; or

**(vii)** equipment manufactured by you for sale.

**(e)** We will not pay under this endorsement for loss or damage caused by or resulting from:

**(i)** any defect, virus, loss of data or other situation within "electronic media and records". But if loss or damage from an "accident" results, we will pay for that resulting loss or damage;

**(ii)** any of the following tests:

a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

an insulation breakdown test of any type of electrical equipment.

**(f)** With respect to Service Interruption coverage and Spoilage coverage, we will also not pay for loss or damage caused by or resulting from: fire, lightning; windstorm or hail; explosion (expect for steam or centrifugal explosion); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing or collapse.

**(g)** With respect to Service Interruption coverage and Business Income and Extra Expense coverages, we will also not pay for delay in resuming operations due to the need to reconstruct or reinput data or programs on "electronic media and records".

**(4)** Conditions

**(a)** Suspension

When any "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." We can do this by mailing or delivering a written notice of suspension to your

AFP-META2-16-PRINT001-0526-0106-F

address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium.  But the suspension will be effective even if we have not yet made or offered a refund.

**(b)** Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**(c)** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits.  This condition does not apply to any property to which Actual Cash Value applies.

**(5)** Deductibles

The deductible for Property in the Declarations applies unless a separate deductible or deductibles is shown for Equipment Breakdown. If a separate deductible or deductibles is shown, the following applies:

**(a)** Deductibles for Each Coverage

  **(i)** Unless the Equipment Breakdown deductible is shown as Combined, all coverages, multiple deductibles may apply to any one "accident."

  **(ii)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any one "accident," the highest deductible for each coverage will apply.

**(b)** Unless more specifically indicated in the Declarations:

  **(i)** Business Income/Extra Expense Coverages Deductibles apply to Business Income and Extra Expense loss, and

  **(ii)** Property Damage Coverages Deductibles apply to all remaining loss, damage or expense covered by the Equipment Breakdown Coverage.

**(c)** Application of Deductibles

  **(i)** Dollar Deductibles

    We will not pay for loss or damage resulting from any one "accident" until the amount of loss or damage exceeds the deductible or deductibles shown in the Declarations. We will then pay the amount of loss or damage in excess of the applicable deductible or deductibles, up to the applicable Limit of Insurance.

  **(ii)** Time Deductible

    If a Time Deductible is shown in the Declarations, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a Time Deductible is expressed in days, each day shall mean twenty-four consecutive hours.

  **(iii)** Multiple of Average Daily Value (ADV)

    If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

    The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income Coverage that is part of this policy) that would have been earned has no "accident" occurred during the period of interruption of business divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to all locations included in the valuation of the loss. The

AFP-META2-16-PRINT001-0526-0107-F

number indicated in the Declarations shall be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(iv)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss we will not be liable for the indicated percentage of the gross amount of loss or damage (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

The most we will pay for loss or damage under this endorsement is the applicable Limit of Insurance shown in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.






AFP-META2-16-PRINT001-0526-0108-F

BUSINESSOWNERS
BP 82 38 06 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A. Section I — Property** is amended as follows:

1. The following provisions are added to Paragraph **E.3. Duties In The Event Of Loss or Damage** Property Loss Condition:

   **a.** A claim, supplemental claim, or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this Policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

   This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this Policy under the Legal Action Against Us Condition including any amendment to that condition.

   **b.** Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

2. Paragraph **E.4.b. Legal Action Against Us** Property Loss Condition is replaced by the following:

   **b.** Legal action against us involving direct physical loss or damage to property must be brought within five years from the date the loss occurs.

3. Paragraph **E.6.g. Loss Payment** Property Loss Condition is replaced by the following:

   **g.** Provided you have complied with all the terms of this Policy, we will pay for covered loss or damage upon the earliest of the following:

   **(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

   **(2)** Within 30 days after we receive the sworn proof of loss and:

   **(a)** There is an entry of a final judgment; or

   **(b)** There is a filing of an appraisal award with us; or

   **(3)** Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

   Paragraph **(3)** applies only to the following:

   **(a)** A claim under a policy covering residential property;

   **(b)** A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the Policy covers only locations in Florida; or

   **(c)** A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the Policy covers only locations in Florida.

© 2015 Liberty Mutual Insurance
Includes copyrighted material from Insurance Services Office, Inc., with its permission.

AFP-META2-16-PRINT001-0526-0109-F

0000072DEBDEV11873921 7082

3082

**4. Sinkhole Collapse Coverage Removed**

Throughout the Policy, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion. Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **A.6.** of this Endorsement.

Further, this Policy does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this Policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this Policy.

**5.** If windstorm is a Covered Cause of Loss, and Covered Property is located in:

   **a.** Monroe County; or

   **b.** East of the west bank of the Intracoastal Waterway in:

   **(1)** Broward County;

   **(2)** Dade County;

   **(3)** Indian River County;

   **(4)** Martin County;

   **(5)** Palm Beach County; or

   **(6)** St. Lucie County;

the following applies:

If loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies:

**Windstorm Exterior Paint Or Waterproofing Exclusion**

We will not pay for loss or damage caused by windstorm to:

   **a.** Paint; or

   **b.** Waterproofing material;

applied to the exterior of Buildings unless the Building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

   **a.** The amount of the Windstorm or Hail Deductible; or

   **b.** The value of Covered Property.

**6.** The following is added to this Policy as a Covered Cause of Loss and as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage — Collapse.

**Catastrophic Ground Cover Collapse**

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

   **a.** The abrupt collapse of the ground cover;

   **b.** A depression in the ground cover clearly visible to the naked eye;

   **c.** "Structural damage" to the building, including the foundation; and

   **d.** The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The Earth Movement Exclusion and the Collapse Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Policy), only one Limit of Insurance will apply to such loss or damage.

**7.** For the purposes of this Endorsement, the following is added to the **Definitions** in Section **I — Property:**

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

   **a.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida

3082X

© 2015 Liberty Mutual Insurance
Includes copyrighted material from Insurance Services Office, Inc., with its permission.

AFP-META2-16-PRINT001-0526-0110-F

Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

**b.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

**c.** Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

**d.** Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

**e.** Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

**B. Section III — Common Policy Conditions** is amended as follows:

1. Paragraph **A.2. Cancellation** is replaced by the following:

    **2. Cancellation For Policies In Effect 90 Days Or Less**

    **a.** If this Policy has been in effect for 90 days or less, we may cancel this Policy by mailing or delivering to the

first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

    **(a)** A material misstatement or misrepresentation; or

    **(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

2. Paragraph **A.5. Cancellation** is replaced by the following:

    **5.** If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this Policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

    If this is an audit policy, then, subject to your full cooperation with us or our

© 2015 Liberty Mutual Insurance
Includes copyrighted material from Insurance Services Office, Inc., with its permission.

AFP-META2-16-PRINT001-0526-0111-F

agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

3. The following is added to Paragraph **A. Cancellation:**

   7. **Cancellation For Policies In Effect For More Than 90 Days**

      a. If this Policy has been in effect for more than 90 days, we may cancel this Policy only for one or more of the following reasons:

         (1) Nonpayment of premium;

         (2) The Policy was obtained by a material misstatement;

         (3) There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

         (4) There has been a substantial change in the risk covered by the Policy;

         (5) The cancellation is for all insureds under such policies for a given class of insureds;

         (6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

         (7) On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

         (8) The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

      b. If we cancel this Policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

         (1) 10 days before the effective date of cancellation if cancellation is for nonpayment of premium; or

         (2) 45 days before the effective date of cancellation if:

            (a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above and this Policy does not cover a residential structure or its contents; or

            (b) Cancellation is based on the reason stated in Paragraph **7.a.(8)** above.

         (3) 120 days before the effective date of cancellation if:

            (a) Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

            (b) This Policy covers a residential structure or its contents.

4. The following paragraphs are added:

   **M. Nonrenewal**

   1. If we decide not to renew this Policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

      a. 45 days prior to the expiration of the Policy if this Policy does not cover a residential structure or its contents, or if nonrenewal

3883X

© 2015 Liberty Mutual Insurance
Includes copyrighted material from Insurance Services Office, Inc., with its permission.

AFP-META2-16-PRINT001-0526-0112-F

is for the reason stated in Paragraph **M.5.**; or

**b.** 120 days prior to the expiration of the Policy if this Policy covers a residential structure or its contents.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this Policy:

**a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this Policy if:

**(1)** The total of such property insurance claim payments for this Policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

**(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

**c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**4.** Notwithstanding the provisions of Paragraph **B.4.M.3.**, we may refuse

to renew this Policy if this Policy includes Sinkhole Loss Coverage. If we nonrenew this Policy for purposes of removing Sinkhole Loss Coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

**5.** Notwithstanding the provisions of Paragraph **B.4.M.3.**, we may refuse to renew this Policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**N.** **Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss — Residential Property**

**1.** The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

**a.** Except as provided in Paragraph **N.1.b.**, we may not cancel or nonrenew the Policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the Policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

**b.** We may cancel or nonrenew the Policy prior to restoration of the structure or its contents for any of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Material misstatement or fraud related to the claim;

© 2015 Liberty Mutual Insurance
Includes copyrighted material from Insurance Services Office, Inc., with its permission.

AFP-META2-16-PRINT001-0526-0113-F

**(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

**(4)** We have paid the policy limits.

If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2)**, **b.(3)** or **b.(4)**, we will give you 45 days' notice.

**2.** With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the du-

ration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

**3.** With respect to Paragraph **N.2.**, a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.




© 2015 Liberty Mutual Insurance
Includes copyrighted material from Insurance Services Office, Inc., with its permission.

AFP-META2-16-PRINT001-0526-0114-F

**BUSINESSOWNERS**
**BP 03 11 02 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FLORIDA — SINKHOLE LOSS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

Schedule

| Premises Number | Building Number |
|---|---|
| **All Premises in the State of Florida** | **All Building Numbers** |
| | |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

With respect to the location(s) indicated in the Schedule, the following provisions apply.

**A.** The following is added to this policy as a Covered Cause of Loss and as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage — Collapse.

**Sinkhole Loss**, meaning loss or damage to Covered Property when "structural damage" to the covered building, including the foundation, is caused by settlement or systematic weakening of the earth supporting the covered building, only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

Coverage for Sinkhole Loss includes stabilization of the building (including land stabilization) and repair to the foundation provided such work is in accordance with the requirements of Florida Insurance Law and in accordance with the recommendation of a professional engineer and with notice to you. The professional engineer must be selected or approved by us. However, until you enter into a contract for performance of building stabilization or foundation repair: in accordance with the recommendations of the professional engineer as set forth in a report from us:

**1.** We will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and



© Insurance Services Office, Inc., 2011

AFP-META2-16-PRINT001-0526-0115-F

**2.** Our payment for Sinkhole Loss to Covered Property may be limited to the actual cash value of the loss to such property.

You must enter into a contract for the performance of building stabilization and/or foundation repair in accordance with the aforementioned recommendations, within 90 days after we notify you that there is coverage for your sinkhole loss. After you have entered into such contract, we will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred.

However, if the professional engineer determines, prior to your entering into the aforementioned contract or prior to the start of repair work, that the repairs will exceed the applicable Limit of Insurance, we must either complete the recommended repairs or pay that Limit of Insurance upon such determination. If the aforementioned determination is made during the course of repair work and we have begun making payments for the work performed, we must either complete the recommended repairs or pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most we will pay for the total of all Sinkhole Loss, including building and land stabilization and foundation repair, is the applicable Limit of Insurance on the affected building.

The stabilization and all other repairs to the Covered Property must be completed with 12 months after entering into the contract for the performance of these repairs, unless:

1. There is a mutual agreement between you and us;

2. The claim is involved with the neutral evaluation process;

3. The claim is in litigation; or

4. The claim is under appraisal or mediation.

**B.** Sinkhole Loss does not include:

1. Sinking or collapse of land into man-made underground cavities; or

2. Earthquake.

**C.** With respect to coverage provided by this endorsement, the **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply.

**D.** With respect to a claim for alleged Sinkhole Loss, the following provision is added:

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential properties, this program applies instead of any mediation procedure set forth elsewhere in this policy, but does not invalidate the Appraisal Condition.

You or we may file a request with the Department for neutral evaluation; the other party must comply with such request. We will pay reasonable costs associated with the neutral evaluation, regardless of which party makes the request. But, if a party chooses to hire a court reporter or stenographer to contemporaneously record and document the neutral evaluation, that party must bear the costs of those services. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on you or us.

Participation in the neutral evaluation program does not change your right to file suit against us in accordance with the Legal Action Against Us Condition in this policy; except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

**E.** Coverage for Sinkhole Loss under this endorsement does not increase the applicable Limit of Insurance. Even if loss or damage qualifies under, or includes, both Catastrophic Ground Cover Collapse (addressed elsewhere in this policy) and Sinkhole Loss, only one Limit of Insurance will apply to such loss or damage.

**F.** The following provision is added to the **Section I — Duties In The Event Of Loss Or Damage** Property Loss Condition:

A claim for Sinkhole Loss, including but not limited to initial, supplemental and reopened claims is barred unless notice of claim is provided to us in accordance with the terms of this policy within two years after you knew or reasonably should have known about the Sinkhole Loss.

© Insurance Services Office, Inc., 2011

AFP-META2-16-PRINT001-0526-0116-F

3085X

**G.** For the purposes of this endorsement, the following is added to the **Definitions** in Section **I** — Property:

1. "Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:

   **a.** Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;

   **b.** Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the "primary structural members" or "primary structural systems" that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceeds one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

   **c.** Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

   **d.** Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

   **e.** Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

2. "Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

3. "Primary structural system" means an assemblage of "primary structural members".

**H.** If we deny your claim for Sinkhole Loss without performing testing under section 627.7072, Florida Statutes, you may demand testing by communicating such demand to us in writing within 60 days after you receive our denial of the claim. You are responsible for 50% of the testing costs, or $2,500, whichever is less. If our professional engineer or geologist provides written certification, pursuant to section 627.7073, that there is sinkhole loss, we will reimburse you for the testing costs.

**I.** You may not accept a rebate from any person performing repairs for Sinkhole Loss covered under this endorsement. If you receive a rebate, coverage under this endorsement is void and you must refund the amount of the rebate to us.

**J.** If we deny your claim for Sinkhole Loss upon receipt of written certification from a professional engineer or geologist, pursuant to section 627.7073, that there is no sinkhole loss or that the cause of the damage was not sinkhole activity, and if the sinkhole claim was submitted without good faith grounds for submitting such claim, you shall reimburse us for 50% of the actual costs of the analyses and services provided under sections 627.7072 and 627.7073, or $2,500, whichever is less. You are not required to pay such reimbursement unless you requested the analysis and services and we, before ordering the analysis, informed you in writing of the potential for reimbursement and gave you the opportunity to withdraw the claim.

**K.** As a precondition to accepting payment for sinkhole loss, you must file with the county clerk of court, a copy of any sinkhole report regarding your property which was prepared on behalf or at your request. You will bear the cost of filing and recording the sinkhole report.

© Insurance Services Office, Inc., 2011

AFP-META2-16-PRINT001-0526-0117-F

**BUSINESSOWNERS**
**BP 04 04 07 02**

POLICY NUMBER:   02-BP-637056-0

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## HIRED AUTO AND NON-OWNED
## AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Coverage | Additional Premium |
|---|---|
| Hired Auto Liability | $ 45.00 |
| Non-Owned Auto Liability | $ 45.00 |

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

**1. Hired Auto Liability**

The insurance provided under Paragraph **A.1. Business Liability** in Section **II — Liability**, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**2. Non-Owned Auto Liability**

The insurance provided under Paragraph **A.1. Business Liability** in Section **II — Liability**, applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions, under Paragraph **B.1. Applicable To Business Liability Coverages** in Section **II — Liability**, other than Exclusions **a.**, **b.**, **d.**, **f.** and **i.** and the Nuclear Energy Liability Exclusion, are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

**(a)** Whether the insured may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

Copyright, ISO Properties, Inc., 2001

AFP-META2-16-PRINT001-0526-0118-F

This exclusion does not apply to:

(i) Liability assumed by the insured under an "insured contract"; or

(ii) "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

**b.** "Property damage" to:

(1) Property owned or being transported by, or rented or loaned to the insured; or

(2) Property in the care, custody or control of the insured.

**2.** Paragraph **C. Who Is An Insured** in Section **II — Liability**, is replaced by the following:

Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto," any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under a., b. or c. above. None of the following is an insured:

(1) Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a

consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

(2) Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

(3) Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

(4) The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

(5) Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** The following additional definitions apply:

**1.** **"Auto Business"** means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** **"Hired Auto"** means any "auto" you lease, hire or borrow. This does not include any "auto" you lease, hire or borrow from any of your "employees" or members of their households, or from any partner or "executive officer" of yours.

**3.** **"Non-Owned Auto"** means any "auto" you do not own, lease, hire or borrow which is used in connection with your business. However, if you are a partnership, a "non-owned auto" does not include any "auto" owned by any partner.

AFP-META2-16-PRINT001-0526-0119-F

**BUSINESSOWNERS**
**BP 04 12 07 02**

POLICY NUMBER:   02-BP-637056-0

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE*

**Premises:**
2525 RIVERSIDE AVENUE, JACKSONVILLE, FL
2525B RIVERSIDE AVENUE, JACKSONVILLE, FL

**Project:**

The following is added to Section **II — Liability:**

This insurance applies only to "bodily injury," "property damage," "personal and advertising injury," and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

© ISO Properties, Inc., 2001

AFP-META2-16-PRINT001-0526-0120-F

IL 72 01 03 92

# COMPANY COMMON POLICY CONDITIONS

This policy consists of:

**Common Policy Declarations** which include your name and mailing address, the policy period, premium information and coverage part(s) included.

**Common Policy Conditions**.

Coverage parts consist of one or more of the following:

Commercial Property
Commercial Liability
Commercial Inland Marine
Commercial Crime/Bonds
Commercial Automobile
Businessowners
Boiler and Machinery
Workers' Compensation.

Each of the coverage parts consist of:

One or more coverage forms
One or more coverage part conditions
Applicable endorsements.

If you have any questions, please contact your agent listed on the Common Policy Declarations.

In Witness Whereof, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

Paul Condrin
President

Dexter Legg
Vice President and Secretary

IL 72 01 03 92

EP






AFP-META2-16-PRINT001-0526-0122-F

C-4063 11 02

# IMPORTANT NOTICE

Your independent insurance agent is your best source of information on insurance and your specific insurance coverage. If you need further response to an inquiry, additional information on your coverage or assistance in resolving a complaint, you may call Liberty Mutual at this toll-free telephone number:

**1-800-231-6047**

**American States Insurance Company**
**American Economy Insurance Company**
**Safeco Insurance Company of America**
**General Insurance Company of America**
**First National Insurance Company of America**





C-4063 11 02

EP

AFP-META2-16-PRINT001-0526-0123-F






AFP-META2-16-PRINT001-0526-0124-F-L



BUSINESSOWNERS
BP 04 55 07 02

POLICY NUMBER:   02-BP-637056-0

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## BUSINESS LIABILITY COVERAGE — TENANTS LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE\***

Premises:

Tenants Liability Limit Of Insurance (Per Occurrence):

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

With respect to the coverage provided under this endorsement, Section **II — Liability** is amended as follows:

**A.** The final paragraph of **B.1. Exclusions — Applicable To Business Liability Coverage** is deleted and replaced by the following:

With respect to the premises shown in the Schedule of this endorsement which are rented to you or temporarily occupied by you with the permission of the owner, Exclusions **c.**, **d.**, **e.**, **g.**, **h.**, **k.**, **l.**, **m.**, **n.** and **o.** do not apply to "property damage".

**B.** Paragraph **D.2. Liability And Medical Expenses Limits Of Insurance** is deleted and replaced by the following with respect to the premises shown in the Schedule of this endorsement:

The most we will pay under this endorsement for the sum of all damages because of all "property damage" to premises while rented to you or temporarily occupied by you with the permission of the owner is the Tenants Liability Limit of Insurance shown in the Schedule.

**C.** With respect to the premises shown in the Schedule of this endorsement, Paragraph **D.3.** is deleted.

**D.** With respect to the premises shown in the Schedule of this endorsement, Paragraph **D.4.b.** is replaced by the following:

**4. Aggregate Limits**

The most we will pay for:

**b.** All:

**(1)** "Bodily injury" or "property damage" except damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses Limit.

Copyright, ISO Properties, Inc., 2001

BP 04 55 07 02

EP

C-PR-18-PRINT001-0003-0063-C



## Venture Construction Group of Floirda, Inc

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

| | | | |
|---|---|---|---|
| Insured: | Michael Phelan | Home: | (904) 616-8773 |
| Property: | 2525 Riverside Ave | E-mail: | phelandp@comcast.net |
| | Jacksonville, FL 32204 | | |

| | | | |
|---|---|---|---|
| Estimator: | Steve Ritter | Business: | (571) 234-2261 |
| Company: | Venture construction group | E-mail: | sr@vcgfl.com |

**Claim Number:**          **Policy Number:**          **Type of Loss:** Hurricane

| | | | |
|---|---|---|---|
| Date of Loss: | 9/9/2017 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 6/26/2021 10:06 AM |

| | |
|---|---|
| Price List: | FLJA8X_JUL21 |
| | Restoration/Service/Remodel |
| Estimate: | OBGYN-PHELAN |

Venture Construction Group of Florida, Inc., through its principals, ("Venture") is a certified General Contractor (CGC1517893), certified Roofing Contractor (CCC1328055) and a registered FEMA Contractor (80XB0). Venture has decades of experience in the construction industry and has further helped countless customers recover from the devastating effects of natural disasters such as hurricanes.

In this instance, Venture has been asked to assess the underlying property and prepare this estimated scope of work ("Venture's Estimated Scope of Work"). Venture contends that the items listed in Venture's Estimated Scope of Work need to be replaced or repaired as a result of damages the underlying property sustained by way of hailstorm, windstorm, hurricane or similar weather event. In addition to Venture's own assessment, Venture customarily gathers information from other sources such as pictures, interviews, experts, engineers and other third parties. Such information is often considered in Venture's Estimated Scope of Work.

Venture is pleased to provide this estimated scope of work. Kindly keep in mind that Venture's Estimated Scope of Work is subject to change at any time and is only valid for a period of 30 days from the date of issuance. After such time, Venture's Estimated Scope of Work shall be deemed void (unless otherwise reaffirmed by Venture along with an added inflation rate charge of 0.16% per month).

For more important information concerning Venture's Estimated Scope of Work please visit us at www.vcgfl.com/estimates



EXHIBIT
D



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### OBGYN-PHELAN

### Main building

**Main building**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Two ladders with jacks and plank (per day) | 8.00 DA | | 0.00 | 116.63 | 0.00 | 233.26 | 1,166.30 |
| 2. Prime & paint exterior soffit - wood | 2,655.00 SF | | 0.00 | 1.72 | 81.64 | 1,162.06 | 5,810.30 |
| 3. Soffit - metal/vinyl - Detach & reset | 1,030.00 SF | | 0.00 | 2.25 | 1.55 | 579.77 | 2,898.82 |
| Total:  Main building | | | | | 83.19 | 1,975.09 | 9,875.42 |

| | Roof | | | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
| 4. Remove Tile roofing - Glazed - (Barrel or "S" tile) | 57.33 SQ | | 568.38 | 0.00 | 0.00 | 8,146.30 | 40,731.53 |

**Dmo has been changed throughout the estimate in accordance with the project not being large enough to require a seperate demolition crew working in front of an install crew, and to cover there expert costs as roofers including workmans comp liabilities and insurance to cover a roofer doing all trades concerning the project minus gutter interior and specialty trades, a true demolition company does not do roofing so this is a reflection of real costs on this. Also the line items were adjusted to the real material cost being in a historical district and going back with the same material on the roof which is still manufactured at a higher cost then xactimate allows.**

| 5. Tile roofing - Glazed - (Barrel or "S" tile) | 68.66 SQ | | 0.00 | 3,557.91 | 15,693.98 | 64,995.03 | 324,975.11 |
|---|---|---|---|---|---|---|---|

Florida Building Code – Existing Building §706.1.1: "No more than 25 percent of the total roof area or roof section of any existing building or structure shall be repaired, replaced or recovered in any 12-month period unless the entire existing roofing system or roof section is replaced to conform to requirements of this code."

| 6. Tear off, haul and dispose of modified bitumen roofing | 57.33 SQ | | 170.39 | 0.00 | 0.00 | 2,442.12 | 12,210.58 |
|---|---|---|---|---|---|---|---|
| 7. R&R Modified bitumen roof | 68.66 SQ | | 170.39 | 580.52 | 553.47 | 13,027.75 | 65,138.70 |

FLORIDA BUILDING CODE 2014 CHAPTER 9 ROOF ASSEMBLIES SECONDARY WATER BARRIER TILE ROOFING APPLICATIONS R907.7.2 Roof secondary water barrier for site-built single-family residential structures. A secondary water barrier shall be installed using one of the following methods when roof covering is removed and replaced: 1. In either High-Velocity Hurricane Zone (HVHZ) or Non-HVHZ regions: a) All joints in structural panel roof sheathing or decking shall be covered with a minimum 4 inch (102 mm) wide strip of self-adhering polymer modified bitumen tape applied directly to the sheathing or decking. The deck and self-adhering polymer modified bitumen tape shall be covered with one of the underlayment systems approved for the particular roof covering to be applied to the roof. b) The entire roof deck shall be covered with an approved asphalt impregnated 30# felt underlayment or approved synthetic underlayment installed with nails and tin-tabs in accordance with Sections 1518.2.2, 1518.2.3, or 1518.2.4 of the Florida Building Code, Building. (No additional underlayment shall be required over the top of this sheet.) The synthetic underlayment shall be fastened in accordance with the manufacturer's recommendations. 2. Outside the HVHZ: a) The entire roof deck shall be covered with an approved self-adhering polymer modified bitumen sheet meeting ASTM D 1970 or an approved self-adhering synthetic underlayment installed in accordance with the manufacturer's installation instructions. No additional underlayment shall be required on top of this sheet for new installations. b) An underlayment system approved for the particular roof covering shall be applied with the following modification: (1) For roof slopes that require one layer of underlayment, a layer of approved asphalt impregnated ASTM D 226, Type I or Type II or ASTM D 4869, Type II or Type IV underlayment or approved synthetic underlayment shall be installed. The felt is to be fastened with 1-inch (25 mm) round plastic cap, metal cap nails or nails and tin-tabs attached to a nailable deck with two staggered rows in

OBGYN-PHELAN



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

**CONTINUED - Roof**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 8. Re-nailing of roof sheathing - complete re-nail | 5,785.40 SF | | 0.00 | 0.32 | 8.68 | 465.00 | 2,325.01 |

R4402.10.5 A roofing system shall not be applied over an existing roof or over an existing roof deck where the roof sheathing has not been fastened in compliance with this code or where the roof sheathing will not permit effective fastening or where sheathing is water soaked or deteriorated so that effective attachment is not possible. All areas of deteriorated sheathing shall be removed and replaced. The building official shall not be required to inspect the renailing of the sheathing under this section.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9. R&R Drip edge/gutter apron | 584.10 LF | | 1.16 | 3.25 | 52.57 | 657.12 | 3,285.58 |
| 10. Hip & ridge nailer board for tile roofing - wood | 754.00 LF | | 0.00 | 4.68 | 142.51 | 917.81 | 4,589.04 |
| 11. R&R Mortar bed for tile | 754.00 SF | | 5.17 | 10.80 | 81.43 | 3,030.70 | 15,153.51 |
| 12. Bird stop - Eave closure strip for tile roofing - clay | 531.00 LF | | 0.00 | 5.36 | 92.79 | 734.74 | 3,673.69 |
| 13. R&R Ridge / Hip / Rake cap - tile roofing | 334.00 LF | | 4.53 | 2,124.00 | 385.27 | 177,828.57 | 889,142.86 |

For the ridge cap custom to the era still made by Ludowici tile company adjusted material price

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14. R&R Valley metal - (W) profile - painted | 105.00 LF | | 2.08 | 8.64 | 32.37 | 289.50 | 1,447.47 |
| 15. Roofer - per hour | 40.00 HR | | 0.00 | 160.83 | 0.00 | 1,608.30 | 8,041.50 |

Required to stage materials across roof 4 guys 10 hours to off load materials with crane to the rooftop to insure safe handling of materials.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16. Contents Evaluation and/or Supervisor/Admin - per hour | 140.00 HR | | 0.00 | 85.00 | 0.00 | 2,975.00 | 14,875.00 |

10 hours a day for 14 days to make sure tile is properly installed per manufacturer with a certified person instructing the specialty crew and for patients coming in and out of the clinic

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17. R&R Flashing - pipe jack - lead | 4.00 EA | | 24.99 | 87.11 | 13.89 | 115.57 | 577.86 |
| 18. R&R Gutter / downspout - aluminum - 6" | 674.00 LF | | 0.50 | 18.25 | 364.47 | 3,250.50 | 16,252.47 |
| 19. Final cleaning - construction - Residential | 5,733.00 SF | | 0.00 | 1.01 | 0.00 | 1,447.58 | 7,237.91 |
| 20. R&R Counterflashing - Apron flashing | 106.00 LF | | 2.08 | 11.97 | 11.53 | 375.20 | 1,876.03 |
| 21. Remove Additional charge for high roof (2 stories or greater) | 18.10 SQ | | 18.75 | 0.00 | 11.53 | 84.85 | 424.23 |
| 22. Additional charge for high roof (2 stories or greater) | 21.72 SQ | | 0.00 | 25.23 | 0.00 | 137.00 | 685.00 |
| 23. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 38.97 SQ | | 49.62 | 0.00 | 0.00 | 483.42 | 2,417.11 |
| 24. R&R Ridge / Hip / Rake cap - tile roofing | 43.00 LF | | 175.00 | 2,243.24 | 49.60 | 26,008.48 | 130,042.40 |

for custom hip profile only provided by one manufacturer adjusting material price in this to accommodate the different material

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25. Additional charge for steep roof - 7/12 to 9/12 slope | 46.76 SQ | | 0.00 | 57.12 | 0.00 | 667.73 | 3,338.66 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### CONTINUED - Roof

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 26.  R&R Modified bitumen roof | 1.00 SQ | | 170.39 | 418.11 | 8.06 | 149.15 | 745.71 |
| for flat roof on top not accounted for in the other portion only can be bought in 1 sq quantities | | | | | | | |
| 27.  Step flashing | 101.00 LF | | 0.00 | 11.87 | 11.67 | 302.64 | 1,513.18 |
| 28.  R&R Chimney flashing - large (32" x 60") | 4.00 EA | | 88.74 | 633.46 | 35.23 | 731.00 | 3,655.03 |
| 29.  Roofer - per hour | 16.00 HR | | 0.00 | 160.83 | 0.00 | 643.32 | 3,216.60 |
| for installation of tile ends needing to be craned into place and high risk installation | | | | | | | |
| 30.  R&R custom hip end decorative pieces | 10.00 EA | | 4.53 | 6,734.93 | 136.04 | 16,882.67 | 84,413.31 |
| custom pricing based on ludo | | | | | | | |
| 31.  Crane and operator - 14 ton capacity - 65' extension boom | 16.00 HR | | 0.00 | 160.00 | 0.00 | 640.00 | 3,200.00 |
| Crane needed for material load out by hand | | | | | | | |
| Totals:  Roof | | | | | 17,673.56 | 329,037.05 | 1,645,185.08 |

### Rear Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 32.  R&R Gutter / downspout - aluminum - 6" | LF | | 0.50 | 10.25 | 0.00 | 0.00 | 0.00 |
| Totals:  Rear Elevation | | | | | 0.00 | 0.00 | 0.00 |

### Left Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 33.  R&R Gutter / downspout - aluminum - 6" | LF | | 0.50 | 10.25 | 0.00 | 0.00 | 0.00 |
| Totals:  Left Elevation | | | | | 0.00 | 0.00 | 0.00 |
| Total: Main building | | | | | 17,756.75 | 331,012.14 | 1,655,060.50 |

### Garage

**Garage**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

**CONTINUED - Garage**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 34. Remove Tile roofing - Glazed - (Barrel or "S" tile) | 9.00 SQ | | 568.38 | 0.00 | 0.00 | 1,278.85 | 6,394.27 |
| 35. Tile roofing - Glazed - (Barrel or "S" tile) | 11.33 SQ | | 0.00 | 3,557.91 | 2,589.76 | 10,725.22 | 53,626.10 |
| 36. Tear off, haul and dispose of modified bitumen roofing | 9.00 SQ | | 170.39 | 0.00 | 0.00 | 383.38 | 1,916.89 |
| 37. R&R Modified bitumen roof | 11.33 SQ | | 170.39 | 580.52 | 91.33 | 2,149.78 | 10,748.92 |

FLORIDA BUILDING CODE 2014 CHAPTER 9 ROOF ASSEMBLIES SECONDARY WATER BARRIER TILE ROOFING APPLICATIONS R907.7.2 Roof secondary water barrier for site-built single-family residential structures. A secondary water barrier shall be installed using one of the following methods when roof covering is removed and replaced: 1. In either High-Velocity Hurricane Zone (HVHZ) or Non-HVHZ regions: a) All joints in structural panel roof sheathing or decking shall be covered with a minimum 4 inch (102 mm) wide strip of self-adhering polymer modified bitumen tape applied directly to the sheathing or decking. The deck and self-adhering polymer modified bitumen tape shall be covered with one of the underlayment systems approved for the particular roof covering to be applied to the roof. b) The entire roof deck shall be covered with an approved asphalt impregnated 30# felt underlayment or approved synthetic underlayment installed with nails and tin-tabs in accordance with Sections 1518.2.2, 1518.2.3, or 1518.2.4 of the Florida Building Code, Building. (No additional underlayment shall be required over the top of this sheet.) The synthetic underlayment shall be fastened in accordance with the manufacturer's recommendations. 2. Outside the HVHZ: a) The entire roof deck shall be covered with an approved self-adhering polymer modified bitumen sheet meeting ASTM D 1970 or an approved self-adhering synthetic underlayment installed in accordance with the manufacturer's installation instructions. No additional underlayment shall be required on top of this sheet for new installations. b) An underlayment system approved for the particular roof covering shall be applied with the following modification: (1) For roof slopes that require one layer of underlayment, a layer of approved asphalt impregnated ASTM D 226, Type I or Type II or ASTM D 4869, Type II or Type IV underlayment or approved synthetic underlayment shall be installed. The felt is to be fastened with 1-inch (25 mm) round plastic cap, metal cap nails or nails and tin-tabs attached to a nailable deck with two staggered rows in

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 38. Re-nailing of roof sheathing - complete re-nail | 900.00 SF | | 0.00 | 0.32 | 1.35 | 72.34 | 361.69 |

R4402.10.5 A roofing system shall not be applied over an existing roof or over an existing roof deck where the roof sheathing has not been fastened in compliance with this code or where the roof sheathing will not permit effective fastening or where sheathing is water soaked or deteriorated so that effective attachment is not possible. All areas of deteriorated sheathing shall be removed and replaced. The building official shall not be required to inspect the renailing of the sheathing under this section.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 39. R&R Drip edge/gutter apron | 124.30 LF | | 1.16 | 3.25 | 11.19 | 139.85 | 699.21 |
| 40. Hip & ridge nailer board for tile roofing - wood | 168.00 LF | | 0.00 | 4.68 | 31.75 | 204.50 | 1,022.49 |
| 41. R&R Mortar bed for tile | 168.00 SF | | 5.17 | 10.80 | 18.14 | 675.27 | 3,376.37 |
| 42. R&R Ridge / Hip / Rake cap - tile roofing | 84.00 LF | | 4.53 | 21.90 | 96.89 | 579.25 | 2,896.26 |

For the ridge cap custom to the era still made by Ludowici tile company adjusted material price

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 43. Bird stop - Eave closure strip for tile roofing - clay | 113.00 LF | | 0.00 | 5.36 | 19.75 | 156.36 | 781.79 |
| 44. Final cleaning - construction - Residential | 900.00 SF | | 0.00 | 1.01 | 0.00 | 227.25 | 1,136.25 |
| 45. Remove Additional charge for high roof (2 stories or greater) | 9.00 SQ | | 18.75 | 0.00 | 0.00 | 42.19 | 210.94 |
| 46. Additional charge for high roof (2 stories or greater) | 11.33 SQ | | 0.00 | 25.23 | 0.00 | 71.47 | 357.33 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### CONTINUED - Garage

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 47.  Remove Additional charge for steep roof - 7/12 to 9/12 slope | 9.00 SQ | | 49.62 | 0.00 | 0.00 | 111.65 | 558.23 |
| 48.  Additional charge for steep roof - 7/12 to 9/12 slope | 11.33 SQ | | 0.00 | 57.12 | 0.00 | 161.80 | 808.97 |
| 49.  Step flashing | 101.00 LF | | 0.00 | 11.87 | 11.67 | 302.64 | 1,513.18 |
| Total:  Garage | | | | | 2,871.83 | 17,281.80 | 86,408.89 |

### Front Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 50.  R&R Gutter / downspout - aluminum - 6" | 49.00 LF | | 0.50 | 10.25 | 26.50 | 138.33 | 691.58 |
| 30ft Gutter 19ft Downspout | | | | | | | |
| Totals:  Front Elevation | | | | | 26.50 | 138.33 | 691.58 |

### Right Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 51.  R&R Gutter / downspout - aluminum - 6" | 43.00 LF | | 0.50 | 10.25 | 23.25 | 121.39 | 606.89 |
| 24ft Gutter 19ft Downspout | | | | | | | |
| Totals:  Right Elevation | | | | | 23.25 | 121.39 | 606.89 |

### Rear Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 52.  R&R Gutter / downspout - aluminum - 6" | 49.00 LF | | 0.50 | 10.25 | 26.50 | 138.33 | 691.58 |
| 30ft Gutter 19ft Downspout | | | | | | | |
| Totals:  Rear Elevation | | | | | 26.50 | 138.33 | 691.58 |

### Left Elevation



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

## CONTINUED - Left Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 53.  R&R Gutter / downspout - aluminum - 6" | 43.00 LF | | 0.50 | 10.25 | 23.25 | 121.39 | 606.89 |
| 24ft Gutter 19ft Downspout | | | | | | | |
| Totals:  Left Elevation | | | | | 23.25 | 121.39 | 606.89 |
| Total: Garage | | | | | 2,971.33 | 17,801.24 | 89,005.83 |

### First Floor Interior

#### Conference Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 54.  Contents - move out then reset - Extra large room | 1.00 EA | | 0.00 | 161.93 | 0.00 | 40.48 | 202.41 |
| 55.  Floor protection - plastic and tape - 10 mil | 256.00 SF | | 0.00 | 0.25 | 2.11 | 16.53 | 82.64 |
| 56.  R&R Crown molding - 3-piece - hardwood | 24.00 LF | | 2.43 | 23.54 | 24.46 | 161.94 | 809.68 |
| 57.  R&R 1/2" drywall - hung, taped, with smooth wall finish | 32.00 SF | | 0.80 | 3.24 | 1.30 | 32.65 | 163.23 |
| 58.  Paint the surface area - two coats | 32.00 SF | | 0.00 | 0.80 | 0.62 | 6.55 | 32.77 |
| 59.  Mask per square foot for drywall work | 32.00 SF | | 0.00 | 0.24 | 0.12 | 1.95 | 9.75 |
| 60.  Air mover (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 25.75 | 0.00 | 12.88 | 64.38 |
| 61.  Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 57.62 | 0.00 | 28.81 | 144.05 |
| 62.  Apply anti-microbial agent to the surface area | 32.00 SF | | 0.00 | 0.25 | 0.10 | 2.03 | 10.13 |
| 63.  Final cleaning - construction - Residential | 256.00 SF | | 0.00 | 0.24 | 0.00 | 15.36 | 76.80 |
| 64.  R&R Additional cost for high wall or ceiling - 11' to 14' high | 32.00 SF | | 0.27 | 0.52 | 0.00 | 6.32 | 31.60 |
| 65.  Additional cost for high wall or ceiling - 11' to 14' | 32.00 SF | | 0.00 | 0.04 | 0.00 | 0.32 | 1.60 |
| 66.  Additional cost for high wall or ceiling - 11' to 14' | 32.00 SF | | 0.00 | 0.05 | 0.00 | 0.40 | 2.00 |
| Totals:  Conference Room | | | | | 28.71 | 326.22 | 1,631.04 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### Right Side Corner Office

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 67. Contents - move out then reset | 1.00 EA | | 0.00 | 53.98 | 0.00 | 13.50 | 67.48 |
| 68. Floor protection - self-adhesive plastic film | 130.00 SF | | 0.51 | 0.00 | 1.37 | 16.93 | 84.60 |
| 69. Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 3.00 EA | 90.12 | 0.00 | 0.00 | 0.00 | 67.59 | 337.95 |
| 70. R&R Suspended ceiling tile - High grade - 2' x 4' | 130.00 SF | | 0.39 | 2.55 | 16.77 | 99.76 | 498.73 |
| 71. R&R Suspended ceiling grid - High grade - 2' x 4' | 130.00 SF | | 0.35 | 1.79 | 6.53 | 71.19 | 355.92 |
| 72. R&R 1/2" drywall - hung, taped, with smooth wall finish | 195.00 SF | | 0.80 | 3.24 | 7.90 | 198.93 | 994.63 |
| 73. Paint the surface area - two coats | 195.00 SF | | 0.00 | 0.80 | 3.80 | 39.95 | 199.75 |
| 74. Paint trim - one coat | 86.00 LF | | 0.00 | 0.72 | 0.58 | 15.63 | 78.13 |
| 75. Paint door/window trim & jamb - 1 coat (per side) | 10.00 EA | | 0.00 | 16.40 | 2.66 | 41.67 | 208.33 |
| 76. Paint wood window grid | 8.00 LF | | 0.00 | 0.86 | 0.04 | 1.73 | 8.65 |
| 77. Mask per square foot for drywall work | 130.00 SF | | 0.00 | 0.24 | 0.49 | 7.92 | 39.61 |
| 78. Air mover (per 24 hour period) - No monitoring | 3.00 EA | | 0.00 | 25.75 | 0.00 | 19.32 | 96.57 |
| 79. Dehumidifier (per 24 hour period) - No monitoring | 3.00 EA | | 0.00 | 57.62 | 0.00 | 43.22 | 216.08 |
| 80. Apply anti-microbial agent to the surface area | 130.00 SF | | 0.00 | 0.25 | 0.39 | 8.23 | 41.12 |
| 81. Detach & Reset Window blind - PVC - 2" - 20.1 to 32 SF | 2.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 16.40 | 81.98 |
| 82. Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | 1.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 8.20 | 40.99 |
| 83. R&R Carpet tile - Standard grade | 130.00 SF | | 0.94 | 2.36 | 17.55 | 111.64 | 558.19 |
| 84. Final cleaning - construction - Residential | 130.00 SF | | 0.00 | 0.24 | 0.00 | 7.80 | 39.00 |

Totals: Right Side Corner Office      58.08      789.61      3,947.71

### Rear Utility Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 85. Contents - move out then reset | 1.00 EA | | 0.00 | 53.98 | 0.00 | 13.50 | 67.48 |
| 86. Floor protection - self-adhesive plastic film | 139.00 SF | | 0.51 | 0.00 | 1.46 | 18.09 | 90.44 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### CONTINUED - Rear Utility Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 87.  Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 4.00 EA | 90.12 | 0.00 | 0.00 | 0.00 | 90.12 | 450.60 |
| 88.  R&R Suspended ceiling tile - High grade - 2' x 4' | 139.00 SF | | 0.39 | 2.55 | 17.93 | 106.65 | 533.24 |
| 89.  R&R Suspended ceiling grid - High grade - 2' x 4' | 139.00 SF | | 0.35 | 1.79 | 6.98 | 76.12 | 380.56 |
| 90.  Air mover (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 25.75 | 0.00 | 12.88 | 64.38 |
| 91.  Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 57.62 | 0.00 | 28.81 | 144.05 |
| 92.  Apply anti-microbial agent to the surface area | 139.00 SF | | 0.00 | 0.25 | 0.42 | 8.79 | 43.96 |
| 93.  Detach & Reset Combination CO/Smoke detector | 3.00 EA | 60.11 | 0.00 | 0.00 | 0.00 | 45.08 | 225.41 |
| 94.  Final cleaning - construction - Residential | 139.00 SF | | 0.00 | 0.24 | 0.00 | 8.34 | 41.70 |
| Totals:  Rear Utility Room | | | | | 26.79 | 408.38 | 2,041.82 |

### Leftside Utility Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 95.  Contents - move out then reset - Small room | 1.00 EA | | 0.00 | 40.53 | 0.00 | 10.13 | 50.66 |
| 96.  Floor protection - self-adhesive plastic film | 75.00 SF | | 0.51 | 0.00 | 0.79 | 9.77 | 48.81 |
| 97.  Detach & Reset Fluorescent light fixture | 1.00 EA | 90.12 | 0.00 | 0.00 | 0.00 | 22.53 | 112.65 |
| 98.  Cold air return cover - Detach & reset | 2.00 EA | | 0.00 | 20.62 | 0.00 | 10.31 | 51.55 |
| 99.  R&R Suspended ceiling tile - High grade - 2' x 4' | 74.25 SF | | 0.39 | 2.55 | 9.58 | 56.97 | 284.85 |
| 100.  R&R Suspended ceiling grid - High grade - 2' x 4' | 74.25 SF | | 0.35 | 1.79 | 3.73 | 40.66 | 203.29 |
| 101.  R&R 1/2" drywall - hung, taped, with smooth wall finish | 280.00 SF | | 0.80 | 3.24 | 11.34 | 285.63 | 1,428.17 |
| 102.  Paint door or window opening - Large - 1 coat (per side) | 2.00 EA | | 0.00 | 19.54 | 0.62 | 9.92 | 49.62 |
| 103.  Prep wall for wallpaper | 280.00 SF | | 0.00 | 0.52 | 0.00 | 36.40 | 182.00 |
| 104.  R&R Wallpaper - Premium grade | 280.00 SF | | 0.79 | 2.78 | 34.44 | 258.51 | 1,292.55 |
| 105.  Wallpaper - Labor Minimum | 1.00 EA | | 0.00 | 142.43 | 0.00 | 35.60 | 178.03 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### CONTINUED - Leftside Utility Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 106. Mask per square foot for drywall work | 74.25 SF | | 0.00 | 0.24 | 0.28 | 4.52 | 22.62 |
| 107. Air mover (per 24 hour period) - No monitoring | 3.00 EA | | 0.00 | 25.75 | 0.00 | 19.32 | 96.57 |
| 108. Dehumidifier (per 24 hour period) - No monitoring | 3.00 EA | | 0.00 | 57.62 | 0.00 | 43.22 | 216.08 |
| 109. Apply anti-microbial agent to the surface area | 354.25 SF | | 0.00 | 0.25 | 1.06 | 22.41 | 112.03 |
| 110. Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | 1.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 8.20 | 40.99 |
| 111. Final cleaning - construction - Residential | 130.00 SF | | 0.00 | 0.24 | 0.00 | 7.80 | 39.00 |
| Totals: Leftside Utility Room | | | | | 61.84 | 881.90 | 4,409.47 |

### Exam Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 112. Contents - move out then reset | 1.00 EA | | 0.00 | 53.98 | 0.00 | 13.50 | 67.48 |
| 113. Floor protection - self-adhesive plastic film | 138.00 SF | | 0.51 | 0.00 | 1.45 | 17.97 | 89.80 |
| 114. Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 3.00 EA | 90.12 | 0.00 | 0.00 | 0.00 | 67.59 | 337.95 |
| 115. R&R Suspended ceiling tile - High grade - 2' x 4' | 138.00 SF | | 0.39 | 2.55 | 17.80 | 105.88 | 529.26 |
| 116. R&R Suspended ceiling grid - High grade - 2' x 4' | 138.00 SF | | 0.35 | 1.79 | 6.93 | 75.56 | 377.81 |
| 117. Air mover (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 25.75 | 0.00 | 12.88 | 64.38 |
| 118. Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 57.62 | 0.00 | 28.81 | 144.05 |
| 119. Apply anti-microbial agent to the surface area | 138.00 SF | | 0.00 | 0.25 | 0.41 | 8.73 | 43.64 |
| 120. Detach & Reset Combination CO/Smoke detector | 3.00 EA | 60.11 | 0.00 | 0.00 | 0.00 | 45.08 | 225.41 |
| 121. Final cleaning - construction - Residential | 139.00 SF | | 0.00 | 0.24 | 0.00 | 8.34 | 41.70 |
| 122. Cold air return cover - Detach & reset | 1.00 EA | | 0.00 | 20.62 | 0.00 | 5.15 | 25.77 |
| Totals: Exam Room | | | | | 26.59 | 389.49 | 1,947.39 |
| Total: First Floor Interior | | | | | 202.01 | 2,795.60 | 13,977.43 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

**Second Floor Interior**

**Exam Room Door 1**

**Exam Room Door 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 123.  Contents - move out then reset - Small room | 1.00 EA | | 0.00 | 40.53 | 0.00 | 10.13 | 50.66 |
| 124.  Floor protection - self-adhesive plastic film | 115.50 SF | | 0.51 | 0.00 | 1.21 | 15.03 | 75.15 |
| 125.  R&R Suspended ceiling tile - High grade - 2' x 4' | 115.50 SF | | 0.39 | 2.55 | 14.90 | 88.63 | 443.11 |
| 126.  R&R Suspended ceiling grid - High grade - 2' x 4' | 115.50 SF | | 0.35 | 1.79 | 5.80 | 63.24 | 316.22 |
| 127.  Air mover (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 25.75 | 0.00 | 12.88 | 64.38 |
| 128.  Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 57.62 | 0.00 | 28.81 | 144.05 |
| 129.  Apply anti-microbial agent to the surface area | 115.50 SF | | 0.00 | 0.25 | 0.35 | 7.31 | 36.54 |
| 130.  Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | 2.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 16.40 | 81.98 |
| 131.  Final cleaning - construction - Residential | 130.00 SF | | 0.00 | 0.24 | 0.00 | 7.80 | 39.00 |

| Total:  Exam Room Door 1 | | | | | 22.26 | 250.23 | 1,251.09 |
|---|---|---|---|---|---|---|---|

**Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 132.  Contents - move out then reset - Small room | 1.00 EA | | 0.00 | 40.53 | 0.00 | 10.13 | 50.66 |
| 133.  Floor protection - self-adhesive plastic film | 45.00 SF | | 0.51 | 0.00 | 0.47 | 5.86 | 29.28 |
| 134.  Detach & Reset Fluorescent - acoustic grid fixture, 2'x 4' | 1.00 EA | 90.12 | 0.00 | 0.00 | 0.00 | 22.53 | 112.65 |
| 135.  R&R Suspended ceiling tile - High grade - 2' x 4' | 41.71 SF | | 0.39 | 2.55 | 5.38 | 32.01 | 160.02 |
| 136.  R&R Suspended ceiling grid - High grade - 2' x 4' | 41.71 SF | | 0.35 | 1.79 | 2.10 | 22.85 | 114.21 |
| 137.  Prep wall for wallpaper | 220.00 SF | | 0.00 | 0.52 | 0.00 | 28.60 | 143.00 |
| 138.  R&R Wallpaper - Premium grade | 220.00 SF | | 0.79 | 2.78 | 27.06 | 203.12 | 1,015.58 |
| 139.  Wallpaper - Labor Minimum | 1.00 EA | | 0.00 | 142.43 | 0.00 | 35.60 | 178.03 |
| 140.  Apply anti-microbial agent to the surface area | 41.71 SF | | 0.00 | 0.25 | 0.13 | 2.63 | 13.19 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

## CONTINUED - Bathroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 141. Final cleaning - construction - Residential | 45.00 SF | | 0.00 | 0.24 | 0.00 | 2.70 | 13.50 |
| Totals: Bathroom | | | | | 35.14 | 366.03 | 1,830.12 |
| Total: Exam Room Door 1 | | | | | **57.40** | **616.26** | **3,081.21** |

### Exam Room 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 142. Contents - move out then reset - Small room | 1.00 EA | | 0.00 | 40.53 | 0.00 | 10.13 | 50.66 |
| 143. Floor protection - self-adhesive plastic film | 108.00 SF | | 0.51 | 0.00 | 1.13 | 14.05 | 70.26 |
| 144. R&R Suspended ceiling tile - High grade - 2' x 4' | 108.00 SF | | 0.39 | 2.55 | 13.93 | 82.86 | 414.31 |
| 145. R&R Suspended ceiling grid - High grade - 2' x 4' | 108.00 SF | | 0.35 | 1.79 | 5.43 | 59.13 | 295.68 |
| 146. Air mover (per 24 hour period) - No monitoring | 3.00 EA | | 0.00 | 25.75 | 0.00 | 19.32 | 96.57 |
| 147. Dehumidifier (per 24 hour period) - No monitoring | 3.00 EA | | 0.00 | 57.62 | 0.00 | 43.22 | 216.08 |
| 148. Apply anti-microbial agent to the surface area | 130.00 SF | | 0.00 | 0.25 | 0.39 | 8.23 | 41.12 |
| 149. Detach & Reset Window blind - PVC - 2" - 20.1 to 32 SF | 2.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 16.40 | 81.98 |
| 150. Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | 1.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 8.20 | 40.99 |
| 151. R&R Carpet tile - Standard grade | 130.00 SF | | 0.94 | 2.36 | 17.55 | 111.64 | 558.19 |
| 152. Final cleaning - construction - Residential | 130.00 SF | | 0.00 | 0.24 | 0.00 | 7.80 | 39.00 |
| Totals: Exam Room 2 | | | | | 38.43 | 380.98 | 1,904.84 |

### Rear Hall

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 153. Floor protection - self-adhesive plastic film | 54.00 SF | | 0.51 | 0.00 | 0.57 | 7.03 | 35.14 |
| 154. Fluorescent light fixture - 2' & 4' - Detach & reset | 1.00 EA | | 0.00 | 90.12 | 0.00 | 22.53 | 112.65 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### CONTINUED - Rear Hall

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 155.  R&R Suspended ceiling tile - High grade - 2' x 4' | 54.00 | SF | | 0.39 | 2.55 | 6.97 | 41.45 | 207.18 |
| 156.  R&R Suspended ceiling grid - High grade - 2' x 4' | 54.00 | SF | | 0.35 | 1.79 | 2.71 | 29.58 | 147.85 |
| 157.  Apply anti-microbial agent to the surface area | 54.00 | SF | | 0.00 | 0.25 | 0.16 | 3.42 | 17.08 |
| 158.  Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | 1.00 | EA | 32.79 | 0.00 | 0.00 | 0.00 | 8.20 | 40.99 |
| 159.  Final cleaning - construction - Residential | 54.00 | SF | | 0.00 | 0.24 | 0.00 | 3.24 | 16.20 |
| Totals:  Rear Hall | | | | | | 10.41 | 115.45 | 577.09 |

### Front Right Office

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 160.  Contents - move out then reset | 1.00 | EA | | 0.00 | 53.98 | 0.00 | 13.50 | 67.48 |
| 161.  Floor protection - self-adhesive plastic film | 218.40 | SF | | 0.51 | 0.00 | 2.29 | 28.42 | 142.09 |
| 162.  Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 2.00 | EA | 90.12 | 0.00 | 0.00 | 0.00 | 45.06 | 225.30 |
| 163.  R&R Suspended ceiling tile - High grade - 2' x 4' | 218.40 | SF | | 0.39 | 2.55 | 28.17 | 167.58 | 837.85 |
| 164.  R&R Suspended ceiling grid - High grade - 2' x 4' | 218.40 | SF | | 0.35 | 1.79 | 10.97 | 119.59 | 597.94 |
| 165.  Spot seal w/oil based/hybrid stain blocker | 1.00 | EA | | 0.00 | 19.29 | 0.18 | 4.87 | 24.34 |
| 166.  Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | 4.00 | EA | 32.79 | 0.00 | 0.00 | 0.00 | 32.79 | 163.95 |
| 167.  Prep wall for wallpaper | 511.40 | SF | | 0.00 | 0.52 | 0.00 | 66.48 | 332.41 |
| 168.  R&R Wallpaper - Premium grade | 520.00 | SF | | 0.79 | 2.78 | 63.96 | 480.09 | 2,400.45 |
| 169.  R&R Wallpaper border - High grade | 58.00 | LF | | 0.67 | 2.84 | 7.13 | 52.68 | 263.39 |
| 170.  Air mover (per 24 hour period) - No monitoring | 2.00 | EA | | 0.00 | 25.75 | 0.00 | 12.88 | 64.38 |
| 171.  Dehumidifier (per 24 hour period) - No monitoring | 2.00 | EA | | 0.00 | 57.62 | 0.00 | 28.81 | 144.05 |
| 172.  Apply anti-microbial agent to the surface area | 218.40 | SF | | 0.00 | 0.25 | 0.66 | 13.82 | 69.08 |
| 173.  Final cleaning - construction - Residential | 130.00 | SF | | 0.00 | 0.24 | 0.00 | 7.80 | 39.00 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

## CONTINUED - Front Right Office

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Front Right Office | | | | | 113.36 | 1,074.37 | 5,371.71 |

### Front Left Office

**Front Left Office**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 174. Contents - move out then reset - Small room | 1.00 EA | | 0.00 | 40.53 | 0.00 | 10.13 | 50.66 |
| 175. Floor protection - self-adhesive plastic film | 195.00 SF | | 0.51 | 0.00 | 2.05 | 25.39 | 126.89 |
| 176. Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 2.00 EA | 90.12 | 0.00 | 0.00 | 0.00 | 45.06 | 225.30 |
| 177. R&R Suspended ceiling tile - High grade - 2' x 4' | 195.00 SF | | 0.39 | 2.55 | 25.16 | 149.63 | 748.09 |
| 178. R&R Suspended ceiling grid - High grade - 2' x 4' | 195.00 SF | | 0.35 | 1.79 | 9.80 | 106.79 | 533.89 |
| 179. Spot seal w/oil based/hybrid stain blocker | 1.00 EA | | 0.00 | 19.29 | 0.18 | 4.87 | 24.34 |
| 180. Prep wall for wallpaper | 448.00 SF | | 0.00 | 0.52 | 0.00 | 58.24 | 291.20 |
| 181. R&R Wallpaper - Premium grade | 448.00 SF | | 0.79 | 2.78 | 55.10 | 413.62 | 2,068.08 |
| 182. R&R Wallpaper border - Premium grade | 56.00 LF | | 0.67 | 3.54 | 9.83 | 61.39 | 306.98 |
| 183. Air mover (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 25.75 | 0.00 | 12.88 | 64.38 |
| 184. Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 57.62 | 0.00 | 28.81 | 144.05 |
| 185. Apply anti-microbial agent to the surface area | 195.00 SF | | 0.00 | 0.25 | 0.59 | 12.34 | 61.68 |
| 186. Detach & Reset Window blind - wood - 1" - 14.1 to 20 SF | 4.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 32.79 | 163.95 |
| 187. Final cleaning - construction - Residential | 195.00 SF | | 0.00 | 0.24 | 0.00 | 11.70 | 58.50 |
| Total: Front Left Office | | | | | 102.71 | 973.64 | 4,867.99 |

### Left Office Bathroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 188. Floor protection - self-adhesive plastic film | 234.37 SF | | 0.51 | 0.00 | 2.46 | 30.50 | 152.49 |
| 189. Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 1.00 EA | 90.12 | 0.00 | 0.00 | 0.00 | 22.53 | 112.65 |

OBGYN-PHELAN



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### CONTINUED - Left Office Bathroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 190.  Fluorescent light fixture - 2' & 4' - Detach & reset | 1.00 EA | | 0.00 | 90.12 | 0.00 | 22.53 | 112.65 |
| 191.  Mirror - plate glass - Detach & reset | 30.00 SF | | 0.00 | 5.89 | 0.00 | 44.18 | 220.88 |
| 192.  R&R Suspended ceiling tile - High grade - 2' x 4' | 234.37 SF | | 0.39 | 2.55 | 30.23 | 179.81 | 899.08 |
| 193.  R&R Suspended ceiling grid - High grade - 2' x 4' | 234.37 SF | | 0.35 | 1.79 | 11.78 | 128.33 | 641.66 |
| 194.  Spot seal w/oil based/hybrid stain blocker | 1.00 EA | | 0.00 | 19.29 | 0.18 | 4.87 | 24.34 |
| 195.  Prep wall for wallpaper | 164.61 SF | | 0.00 | 0.52 | 0.00 | 21.40 | 107.00 |
| 196.  R&R Wallpaper - Premium grade | 164.61 SF | | 0.79 | 2.78 | 20.25 | 151.98 | 759.89 |
| 197.  Apply anti-microbial agent to the surface area | 234.37 SF | | 0.00 | 0.25 | 0.70 | 14.83 | 74.12 |
| 198.  Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | 1.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 8.20 | 40.99 |
| 199.  Final cleaning - construction - Residential | 234.37 SF | | 0.00 | 0.24 | 0.00 | 14.07 | 70.32 |
| Totals:  Left Office Bathroom | | | | | 65.60 | 643.23 | 3,216.07 |
| Total: Front Left Office | | | | | **168.31** | **1,616.87** | **8,084.06** |

### Kitchen/Break Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 200.  Contents - move out then reset | 1.00 EA | | 0.00 | 53.98 | 0.00 | 13.50 | 67.48 |
| 201.  Floor protection - self-adhesive plastic film | 204.00 SF | | 0.51 | 0.00 | 2.14 | 26.54 | 132.72 |
| 202.  Detach & Reset Fluorescent - acoustic grid fixture - two tube, 2'x 4' | 2.00 EA | 90.12 | 0.00 | 0.00 | 0.00 | 45.06 | 225.30 |
| 203.  R&R Suspended ceiling tile - High grade - 2' x 4' | 204.00 SF | | 0.39 | 2.55 | 26.32 | 156.52 | 782.60 |
| 204.  R&R Suspended ceiling grid - High grade - 2' x 4' | 204.00 SF | | 0.35 | 1.79 | 10.25 | 111.71 | 558.52 |
| 205.  Air mover (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 25.75 | 0.00 | 12.88 | 64.38 |
| 206.  Dehumidifier (per 24 hour period) - No monitoring | 2.00 EA | | 0.00 | 57.62 | 0.00 | 28.81 | 144.05 |
| 207.  Apply anti-microbial agent to the surface area | 204.00 SF | | 0.00 | 0.25 | 0.61 | 12.90 | 64.51 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### CONTINUED - Kitchen/Break Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 208.  Detach & Reset Window blind - PVC - 2" - 20.1 to 32 SF | 3.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 24.60 | 122.97 |
| 209.  Final cleaning - construction - Residential | 204.00 SF | | 0.00 | 0.24 | 0.00 | 12.24 | 61.20 |
| Totals:  Kitchen/Break Room | | | | | 39.32 | 444.76 | 2,223.73 |
| Total: Second Floor Interior | | | | | **427.23** | **4,248.69** | **21,242.64** |

### Third Floor Interior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 210.  Contents - move out then reset - Extra large room | 2.00 EA | | 0.00 | 161.93 | 0.00 | 80.97 | 404.83 |
| 211.  Remove Carpet | 1,680.00 SF | | 0.28 | 0.00 | 0.00 | 117.60 | 588.00 |
| 212.  Carpet | 1,932.00 SF | | 0.00 | 3.49 | 397.03 | 1,784.92 | 8,924.63 |
| 15 % waste added for Carpet. | | | | | | | |
| 213.  R&R Carpet pad | 1,680.00 SF | | 0.12 | 0.59 | 61.74 | 313.63 | 1,568.17 |
| 214.  R&R Tackless strip - per LF | 345.00 LF | | 0.50 | 0.61 | 1.81 | 96.20 | 480.96 |
| 215.  Detach & Reset Fluorescent light fixture | 9.00 EA | 90.12 | 0.00 | 0.00 | 0.00 | 202.77 | 1,013.85 |
| 216.  Detach & Reset Smoke detector | 1.00 EA | 60.11 | 0.00 | 0.00 | 0.00 | 15.03 | 75.14 |
| 217.  Detach & Reset Combination CO/Smoke detector | 1.00 EA | 60.11 | 0.00 | 0.00 | 0.00 | 15.03 | 75.14 |
| 218.  R&R 1/2" drywall - hung, taped, with smooth wall finish | 3,641.00 SF | | 0.80 | 3.24 | 147.46 | 3,714.28 | 18,571.38 |
| 219.  R&R Additional cost for gluing drywall | 1,674.00 SF | | 0.36 | 0.29 | 7.53 | 273.91 | 1,369.54 |
| 220.  Prep wall for wallpaper | 1,967.00 SF | | 0.00 | 0.52 | 0.00 | 255.71 | 1,278.55 |
| 221.  R&R Wallpaper - Premium grade | 1,967.00 SF | | 0.79 | 2.78 | 241.94 | 1,816.03 | 9,080.16 |
| 222.  Wallpaper - Labor Minimum | 1.00 EA | | 0.00 | 142.43 | 0.00 | 35.60 | 178.03 |
| 223.  Paint door or window opening - Large - 1 coat (per side) | 2.00 EA | | 0.00 | 19.54 | 0.62 | 9.92 | 49.62 |
| 224.  Paint the surface area - two coats | 1,674.00 SF | | 0.00 | 0.80 | 32.64 | 342.96 | 1,714.80 |
| 225.  Paint trim - one coat | 86.00 LF | | 0.00 | 0.72 | 0.58 | 15.63 | 78.13 |
| 226.  Mask per square foot for drywall work | 130.00 SF | | 0.00 | 0.24 | 0.49 | 7.92 | 39.61 |
| 227.  Air mover (per 24 hour period) - No monitoring | 6.00 EA | | 0.00 | 25.75 | 0.00 | 38.63 | 193.13 |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### CONTINUED - Third Floor Interior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 228.  Dehumidifier (per 24 hour period) - No monitoring | 6.00 EA | | 0.00 | 57.62 | 0.00 | 86.43 | 432.15 |
| 229.  Negative air fan/Air scrubber (24 hr period) - No monit. | 8.00 DA | | 0.00 | 71.95 | 0.00 | 143.90 | 719.50 |
| 230.  Apply anti-microbial agent to the surface area | 3,641.00 SF | | 0.00 | 0.25 | 10.92 | 230.30 | 1,151.47 |
| 231.  Detach & Reset Window blind - PVC - 2" - 20.1 to 32 SF | 2.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 16.40 | 81.98 |
| 232.  Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | 1.00 EA | 32.79 | 0.00 | 0.00 | 0.00 | 8.20 | 40.99 |
| 233.  R&R Outlet or switch cover | 6.00 EA | | 0.63 | 3.43 | 0.33 | 6.18 | 30.87 |
| 234.  Final cleaning - construction - Residential | 130.00 SF | | 0.00 | 0.24 | 0.00 | 7.80 | 39.00 |
| Totals:  Third Floor Interior | | | | | 903.09 | 9,635.95 | 48,179.63 |

### General Conditions

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 235.  Temporary toilet - Minimum rental charge | 6.00 EA | | 0.00 | 110.00 | 0.00 | 0.00 | 660.00 |
| 236.  Commercial Supervision / Project Management - per hour | 160.00 HR | | 0.00 | 65.19 | 0.00 | 2,607.60 | 13,038.00 |
| 237.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | | 760.00 | 0.00 | 0.00 | 0.00 | 1,520.00 |
| 238.  Final cleaning - construction - Commercial | 5,733.00 SF | | 0.00 | 0.19 | 0.00 | 272.32 | 1,361.59 |
| 239.  Add for personal protective equipment - Heavy duty | 20.00 EA | | 0.00 | 37.99 | 56.99 | 204.20 | 1,020.99 |
| 240.  Clean with pressure/chemical spray - Light | 7,867.00 SF | | 0.00 | 0.25 | 5.90 | 493.17 | 2,465.82 |
| Totals:  General Conditions | | | | | 62.89 | 3,577.29 | 20,066.40 |

### Labor Minimums Applied

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 241.  Heat, vent, & air cond. labor minimum | 1.00 EA | | 0.00 | 190.58 | 0.00 | 47.65 | 238.23 |
| Totals:  Labor Minimums Applied | | | | | 0.00 | 47.65 | 238.23 |

| **Line Item Totals: OBGYN-PHELAN** | | | | | **22,323.30** | **369,118.56** | **1,847,770.66** |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

| Coverage | Item Total | % | ACV Total | % |
|----------|-----------:|--:|----------:|--:|
| Dwelling | 1,832,895.66 | 99.19% | 1,832,895.66 | 99.19% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 14,875.00 | 0.81% | 14,875.00 | 0.81% |
| Total | 1,847,770.66 | 100.00% | 1,847,770.66 | 100.00% |

OBGYN-PHELAN



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 1,444,428.80 |
| Material Sales Tax | 22,323.30 |
| Subtotal | 1,466,752.10 |
| Overhead | 219,686.17 |
| Profit | 146,457.39 |
| **Replacement Cost Value** | **$1,832,895.66** |
| **Net Claim** | **$1,832,895.66** |

_____

Steve Ritter

OBGYN-PHELAN                                     9/22/2021          Page: 19



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

### Summary for Contents

| | |
|---|---:|
| Line Item Total | 11,900.00 |
| Overhead | 1,785.00 |
| Profit | 1,190.00 |
| | |
| **Replacement Cost Value** | **$14,875.00** |
| **Net Claim** | **$14,875.00** |

_____
Steve Ritter



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

## Recap by Room

**Estimate: OBGYN-PHELAN**

| | | | |
|---|---|---|---|
| **Area: Main building** | | **7,817.14** | **0.54%** |
| Coverage: Dwelling | 100.00% = | 7,817.14 | |
| **Roof** | | **1,298,474.47** | **89.16%** |
| Coverage: Dwelling | 99.08% = | 1,286,574.47 | |
| Coverage: Contents | 0.92% = | 11,900.00 | |
| **Area Subtotal:  Main building** | | **1,306,291.61** | **89.70%** |
| Coverage: Dwelling | 99.09% = | 1,294,391.61 | |
| Coverage: Contents | 0.91% = | 11,900.00 | |
| **Area: Garage** | | **66,255.26** | **4.55%** |
| Coverage: Dwelling | 100.00% = | 66,255.26 | |
| **Front Elevation** | | **526.75** | **0.04%** |
| Coverage: Dwelling | 100.00% = | 526.75 | |
| **Right Elevation** | | **462.25** | **0.03%** |
| Coverage: Dwelling | 100.00% = | 462.25 | |
| **Rear Elevation** | | **526.75** | **0.04%** |
| Coverage: Dwelling | 100.00% = | 526.75 | |
| **Left Elevation** | | **462.25** | **0.03%** |
| Coverage: Dwelling | 100.00% = | 462.25 | |
| **Area Subtotal:  Garage** | | **68,233.26** | **4.69%** |
| Coverage: Dwelling | 100.00% = | 68,233.26 | |
| **Area: First Floor Interior** | | | |
| **Conference Room** | | **1,276.11** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 1,276.11 | |
| **Right Side Corner Office** | | **3,100.02** | **0.21%** |
| Coverage: Dwelling | 100.00% = | 3,100.02 | |
| **Rear Utility Room** | | **1,606.65** | **0.11%** |
| Coverage: Dwelling | 100.00% = | 1,606.65 | |
| **Leftside Utility Room** | | **3,465.73** | **0.24%** |
| Coverage: Dwelling | 100.00% = | 3,465.73 | |
| **Exam Room** | | **1,531.31** | **0.11%** |
| Coverage: Dwelling | 100.00% = | 1,531.31 | |
| **Area Subtotal:  First Floor Interior** | | **10,979.82** | **0.75%** |
| Coverage: Dwelling | 100.00% = | 10,979.82 | |

 **Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

**Area: Second Floor Interior**

| | | | |
|---|---|---|---|
| **Area: Exam Room Door 1** | | **978.60** | **0.07%** |
| Coverage: Dwelling | 100.00% = | 978.60 | |
| **Bathroom** | | **1,428.95** | **0.10%** |
| Coverage: Dwelling | 100.00% = | 1,428.95 | |
| **Area Subtotal:  Exam Room Door 1** | | **2,407.55** | **0.17%** |
| Coverage: Dwelling | 100.00% = | 2,407.55 | |
| **Exam Room 2** | | **1,485.43** | **0.10%** |
| Coverage: Dwelling | 100.00% = | 1,485.43 | |
| **Rear Hall** | | **451.23** | **0.03%** |
| Coverage: Dwelling | 100.00% = | 451.23 | |
| **Front Right Office** | | **4,183.98** | **0.29%** |
| Coverage: Dwelling | 100.00% = | 4,183.98 | |
| **Area: Front Left Office** | | **3,791.64** | **0.26%** |
| Coverage: Dwelling | 100.00% = | 3,791.64 | |
| **Left Office Bathroom** | | **2,507.24** | **0.17%** |
| Coverage: Dwelling | 100.00% = | 2,507.24 | |
| **Area Subtotal:  Front Left Office** | | **6,298.88** | **0.43%** |
| Coverage: Dwelling | 100.00% = | 6,298.88 | |
| **Kitchen/Break Room** | | **1,739.65** | **0.12%** |
| Coverage: Dwelling | 100.00% = | 1,739.65 | |
| **Area Subtotal:  Second Floor Interior** | | **16,566.72** | **1.14%** |
| Coverage: Dwelling | 100.00% = | 16,566.72 | |
| **Third Floor Interior** | | **37,640.59** | **2.58%** |
| Coverage: Dwelling | 100.00% = | 37,640.59 | |
| **General Conditions** | | **16,426.22** | **1.13%** |
| Coverage: Dwelling | 100.00% = | 16,426.22 | |
| **Labor Minimums Applied** | | **190.58** | **0.01%** |
| Coverage: Dwelling | 100.00% = | 190.58 | |
| **Subtotal of Areas** | | **1,456,328.80** | **100.00%** |
| Coverage: Dwelling | 99.18% = | 1,444,428.80 | |
| Coverage: Contents | 0.82% = | 11,900.00 | |
| **Total** | | **1,456,328.80** | **100.00%** |

OBGYN-PHELAN



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

## Recap by Category

| O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **ACOUSTICAL TREATMENTS** | | | | **7,170.69** | **0.39%** |
| Coverage: Dwelling | @ | 100.00% | = | 7,170.69 | |
| **CLEANING** | | | | **10,247.76** | **0.55%** |
| Coverage: Dwelling | @ | 100.00% | = | 10,247.76 | |
| **CONTENT MANIPULATION** | | | | **958.34** | **0.05%** |
| Coverage: Dwelling | @ | 100.00% | = | 958.34 | |
| **CONT: PACKING,HANDLNG,STORAGE** | | | | **11,900.00** | **0.64%** |
| Coverage: Contents | @ | 100.00% | = | 11,900.00 | |
| **GENERAL DEMOLITION** | | | | **92,134.16** | **4.99%** |
| Coverage: Dwelling | @ | 100.00% | = | 92,134.16 | |
| **DRYWALL** | | | | **14,029.52** | **0.76%** |
| Coverage: Dwelling | @ | 100.00% | = | 14,029.52 | |
| **ELECTRICAL** | | | | **501.46** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% | = | 501.46 | |
| **HEAVY EQUIPMENT** | | | | **2,560.00** | **0.14%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,560.00 | |
| **FLOOR COVERING - CARPET** | | | | **8,557.93** | **0.46%** |
| Coverage: Dwelling | @ | 100.00% | = | 8,557.93 | |
| **FINISH CARPENTRY / TRIMWORK** | | | | **564.96** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% | = | 564.96 | |
| **HAZARDOUS MATERIAL REMEDIATION** | | | | **575.60** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% | = | 575.60 | |
| **HEAT,  VENT & AIR CONDITIONING** | | | | **252.44** | **0.01%** |
| Coverage: Dwelling | @ | 100.00% | = | 252.44 | |
| **LABOR ONLY** | | | | **10,430.40** | **0.56%** |
| Coverage: Dwelling | @ | 100.00% | = | 10,430.40 | |
| **LIGHT FIXTURES** | | | | **2,703.60** | **0.15%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,703.60 | |
| **MIRRORS & SHOWER DOORS** | | | | **176.70** | **0.01%** |
| Coverage: Dwelling | @ | 100.00% | = | 176.70 | |
| **PAINTING** | | | | **6,583.75** | **0.36%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,583.75 | |
| **ROOFING** | | | | **1,239,338.26** | **67.07%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,239,338.26 | |
| **SCAFFOLDING** | | | | **933.04** | **0.05%** |
| Coverage: Dwelling | @ | 100.00% | = | 933.04 | |
| **SOFFIT, FASCIA, & GUTTER** | | | | **16,504.00** | **0.89%** |
| Coverage: Dwelling | @ | 100.00% | = | 16,504.00 | |
| **TILE** | | | | **9,957.60** | **0.54%** |
| Coverage: Dwelling | @ | 100.00% | = | 9,957.60 | |



**Venture Construction Group of Floirda, Inc**

2701 Rew Circle
Ocoee, FL 94761
Office: 866-459-8351
www.VCGFL.com
CCC 1328055 | CGC 1517893

| O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **WINDOW TREATMENT** | | | | **819.75** | **0.04%** |
| Coverage: Dwelling | @ | 100.00% | = | 819.75 | |
| **WALLPAPER** | | | | **12,664.50** | **0.69%** |
| Coverage: Dwelling | @ | 100.00% | = | 12,664.50 | |
| **WATER EXTRACTION & REMEDIATION** | | | | **4,584.34** | **0.25%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,584.34 | |
| **O&P Items Subtotal** | | | | **1,454,148.80** | **78.70%** |

| Non-O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **GENERAL DEMOLITION** | | | | **1,520.00** | **0.08%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,520.00 | |
| **TEMPORARY REPAIRS** | | | | **660.00** | **0.04%** |
| Coverage: Dwelling | @ | 100.00% | = | 660.00 | |
| **Non-O&P Items Subtotal** | | | | **2,180.00** | **0.12%** |
| **O&P Items Subtotal** | | | | **1,454,148.80** | **78.70%** |
| **Material Sales Tax** | | | | **22,323.30** | **1.21%** |
| Coverage: Dwelling | @ | 100.00% | = | 22,323.30 | |
| **Overhead** | | | | **221,471.17** | **11.99%** |
| Coverage: Dwelling | @ | 99.19% | = | 219,686.17 | |
| Coverage: Contents | @ | 0.81% | = | 1,785.00 | |
| **Profit** | | | | **147,647.39** | **7.99%** |
| Coverage: Dwelling | @ | 99.19% | = | 146,457.39 | |
| Coverage: Contents | @ | 0.81% | = | 1,190.00 | |
| **Total** | | | | **1,847,770.66** | **100.00%** |