CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| NORTH FLORIDA OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, P.A. | CASE #:   16-2022-CA-006218-XXXX-MA<br>COURT:   4TH JUDICIAL CIRCUIT<br>COUNTY:  DUVAL |
| PLAINTIFF(S) | DFS-SOP #: 22-000412275 |

VS.

AMERICAN ECONOMY INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY, NOTICE OF APPEARANCE

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Monday, October 31, 2022 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, November 2, 2022 to the designated agent for the named entity as shown below.

AMERICAN ECONOMY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

WINSTON TAITT
TAITT LAW, P.A.
424 E. CENTRAL BLVD
#356
ORLANDO, FL 32801

TSC

Filing # 160052171 E-Filed 10/26/2022 05:53:11 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

**NORTH FLORIDA OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, PA,**

CASE NO.:

    **Plaintiff,**

vs.

**AMERICAN ECONOMY INSURANCE COMPANY,**

    **Defendant.**
_____/

SUMMONS

*THE STATE OF FLORIDA*
**TO EACH SHERIFF OF THE STATE:**
YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of Petition in this action on INSURANCE COMMISSIONER pursuant to F.S. 48.151
*By Serving:*

        **AMERICAN ECONOMY INSURANCE COMPANY**
        Insurance Commissioner
        State of Florida
        PROCESS SECTION
        200 East Gaines Street
        Tallahassee, Florida 32302

Each defendant is required to serve written defenses to the Complaint of Petition on Winston A. Taitt, Counsel for the Plaintiff, **Taitt Law, P.A., 424 East Central Blvd., # 356, Orlando, FL 32801**, within twenty (20) days after service, of this summons on that defendant exclusive of the day of service, and to file the original of the Defenses with the clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the complaint or petition.

CLERK OF THE COURT

BY: _Christine Kent_
JODY PHILLIPS
, Deputy Clerk       DATE: Oct 27 2022 ,

[Seal: Clerk of the Circuit Court, Duval County, Florida]

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

**NORTH FLORIDA OBSTETRICAL &**  CASE NO.:
**GYNECOLOGICAL ASSOCIATES, PA,**

    **Plaintiff,**

vs.

**AMERICAN ECONOMY INSURANCE**
**COMPANY,**

    **Defendant.**
_____/

## COMPLAINT

Plaintiff sues Defendant and alleges:

1. This is an action for breach of contract with damages of One Million Eight Hundred Forty Seven Thousand Seven Hundred Seventy One Dollars ($1,847,771.00), exclusive of interest, costs, and attorney's fees.

2. Plaintiff's property, located at 2525 Riverside Ave, Jacksonville, FL 32204, sustained damage during the policy period.

3. A policy of property insurance, bearing upon information and belief, Policy Number 02BP637056, including the coverages to protect Plaintiff against the above losses, was issued by Defendant and was in full force and effect as to Plaintiff when Plaintiff's property was damaged. A certified copy of the policy is in the exclusive control of Defendant, has been requested through discovery, and will be produced during discovery.

4. Plaintiff notified Defendant of the damages, and Defendant assigned claim number 301692857002 with a date of loss of May 28, 2019.

5. Plaintiff has complied with all conditions precedent to entitle Plaintiffs to recover under the policy.

6. Defendant has failed or refused to fully perform under the policy, fully value Plaintiff's losses and failed to fully pay for all of Plaintiff's losses as required by the insurance policy.

7. Defendant's failure to perform under the policy, fully value Plaintiff's losses and failure to fully pay for all of Plaintiff's losses of insurance is a breach of contract.

8. Because of Defendant's breach or failure or refusal, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

WHEREFORE, Plaintiffs demand judgment against Defendant for Plaintiff's losses with interest on any overdue payments, attorney's fees and costs pursuant to Florida Statutes §§ 627.428, 57.041, and 92.231, and demand a trial by jury.

Respectfully submitted on: October 26, 2022.

        **TAITT LAW, P.A.**

        */s/ Sharon A. Freeman*
        **Winston A. Taitt, Esquire**
        Florida Bar Number: 54551 /wt
        **Sharon A. Freeman, Esquire**
        Florida Bar Number: 124689 /saf
        Taitt Law, P.A.
        424 East Central Blvd., # 356
        Orlando, FL 32801
        Phone: (407) 900-9254
        Fax: (407) 386-8358
        Email: wtaitt@taittlaw.com
        sfreeman@taittlaw.com
        eservice@taittlaw.com
        ssosa@taittlaw.com