**IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA**

**NORTH FLORIDA OBSTETRICAL &**    **CASE NO.:**
**GYNECOLOGICAL ASSOCIATES, PA,**

  **Plaintiff,**

vs.

**AMERICAN ECONOMY INSURANCE
COMPANY,**

  **Defendant.**

_____/

## **COMPLAINT**

Plaintiff sues Defendant and alleges:

1. This is an action for breach of contract with damages of One Million Eight Hundred Forty Seven Thousand Seven Hundred Seventy One Dollars ($1,847,771.00), exclusive of interest, costs, and attorney's fees.

2. Plaintiff's property, located at 2525 Riverside Ave, Jacksonville, FL 32204, sustained damage during the policy period.

3. A policy of property insurance, bearing upon information and belief, Policy Number 02BP637056, including the coverages to protect Plaintiff against the above losses, was issued by Defendant and was in full force and effect as to Plaintiff when Plaintiff's property was damaged. A certified copy of the policy is in the exclusive control of Defendant, has been requested through discovery, and will be produced during discovery.

4. Plaintiff notified Defendant of the damages, and Defendant assigned claim number 301692857002 with a date of loss of May 28, 2019.

5.      Plaintiff has complied with all conditions precedent to entitle Plaintiffs to recover under the policy.

6.      Defendant has failed or refused to fully perform under the policy, fully value Plaintiff's losses and failed to fully pay for all of Plaintiff's losses as required by the insurance policy.

7.      Defendant's failure to perform under the policy, fully value Plaintiff's losses and failure to fully pay for all of Plaintiff's losses of insurance is a breach of contract.

8.      Because of Defendant's breach or failure or refusal, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

WHEREFORE, Plaintiffs demand judgment against Defendant for Plaintiff's losses with interest on any overdue payments, attorney's fees and costs pursuant to Florida Statutes §§ 627.428, 57.041, and 92.231, and demand a trial by jury.

Respectfully submitted on: October 26, 2022.

**TAITT LAW, P.A.**

*/s/ Sharon A. Freeman*_____
**Winston A. Taitt, Esquire**
Florida Bar Number: 54551 /wt
**Sharon A. Freeman, Esquire**
Florida Bar Number: 124689 /saf
Taitt Law, P.A.
424 East Central Blvd., # 356
Orlando, FL 32801
Phone:  (407) 900-9254
Fax:  (407) 386-8358
Email: wtaitt@taittlaw.com
sfreeman@taittlaw.com
eservice@taittlaw.com
ssosa@taittlaw.com