# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**NORTH FLORIDA OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, PA,**

    Plaintiff,               CASE No: 3:22-cv-01304-HLA-JBT

vs.

**AMERICAN ECONOMY INSURANCE COMPANY,**

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, by and through the undersigned counsel, pursuant to Fed. R. 41, hereby gives Notice to this Honorable Court that Plaintiff dismisses foregoing matter without prejudice.

                                            Respectfully submitted,

                                            /s/ Josue Espinosa
                                            Josue Espinosa, Esq.
                                            Florida Bar Number: 1004143
                                            Taitt Law, P.A.
                                            424 East Central Blvd., # 356
                                            Orlando, FL 32801
                                            Phone:  (407) 900-9254
                                            Fax:  (407) 386-8358
                                            Email: jespinosa@taittlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email to: Counsel for Defendant, American Economy Insurance Company, at: Butler Weihmuller Katz Craig LLP, 400 N. Ashley Drive, Suite 2300, Tampa, FL 33602, <u>hjones@butler.legal</u>; <u>pcaceres@butler.legal</u>; <u>jmohammed@butler.legal</u>; <u>cmattern@butler.legal</u>; <u>ecooley@butler.legal</u>; <u>scouture@butler.legal.</u>

<u>/s/ Josue Espinosa</u>
Josue Espinosa, Esq.