UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NORTH FLORIDA OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, PA**,

    Plaintiff,

v.                                    Case No.: 3:22-cv-1304-HLA-JBT

**AMERICAN ECONOMY INSURANCE COMPANY**,

    Defendant.

_____/

## **ORDER**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice (Dkt. 11), it is

**ORDERED** that this action is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of December 2022.

**HENRY LEE ADAMS, JR.**
United States District Judge

Copies to:
Counsel of record